ORIGINAL

Ilangovan Kuppusamy
Ranjani Ilangovan Krishnan
5371 Strasbourg Ave
Irvine, CA 93604
(310) 897-7555

Debtors



FILED
JAN 27 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In Re: Ilangovan Kuppusamy, and Ranjani Ilangovan Krishnan,  Debtors, | Case No. : 8:14-bk-17399-CB  Chapter 7  Filed: December 26, 2014  **MOTION TO DISMISS** |

COME NOW, Debtors, and hereby move the Court to dismiss their bankruptcy petition for the following reasons.

1. The petition was filed on December 26, 2014 by mistake without full understanding.

2. Debtors feel that they can resolve their financial affairs with creditors without the aid of proceedings under the Bankruptcy Code and that the best interests of debtors and their creditors are served by dismissal of this case.

3. There is no prejudice to creditors because this dismissal is being filed soon after the case was filed and the Debtors returned from travel to India only on January 10, 2015. The petition was filed when Ms. Krishnan was in India. Since

then the Debtors obtained consultation with a number of attorneys which took some time.

4. Debtors notified Trustees and creditors (except Bank of America) of their intention to dismiss the case.

5. WHEREFORE, debtors pray for an order dismissing this case.

Respectfully submitted,

DATED: January 27, 2015

_____
Ilangovan Kupusamy, Debtor

DATED: January 27, 2015

_____
Ranjani Ilangovan Krishnan, Debtor

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): MOTION TO DISMISS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/27/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

US Trustee, Bankruptcy court, 411 W 4th ST. Room 9041, Santa Ana, CA 92701
Richard Marshack, Trustee, 870 Roosevelt, Irvine, CA 92620
Martin Greenbaum, 840 Newport Center Dr., Suite 720, Newport Beach, CA 92660
Peter B. Nagel, 999 Eighteenth Street, Suite 1745, Denver, Colorado 80202

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/27/2015 | Ilangovan Kuppusamy | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.