D. EDWARD HAYS, #162507
ehays@marshackhays.com
ASHLEY M. TEESDALE, #289919
ateesdale@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff and Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**JUL 21 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** firman    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ILANGOVAN KUPPUSAMY and RANJANI ILANGOVAN KRISHNAN,<br><br>Debtors.<br><br>RICHARD A. MARSHACK, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>ILANGOVAN KUPPUSAMY and RANJANI ILANGOVAN KRISHNAN,<br><br>Defendants. | Case No. 8:14-bk-17399-CB<br><br>Chapter 7<br><br>Adv. No. 8:15-ap-01127-CB<br><br>JUDGMENT -<br>FOR DENIAL OF DISCHARGE<br><br><u>Trial</u><br>Date:   July 21, 2016<br>Time:   10:00 a.m.<br>Ctrm:   5D |

Pursuant to the Order Approving Stipulation for Entry of Judgment in Favor of the Plaintiff and Denying Debtors' Discharge, entered as Docket #36, the Court has found good cause and enters this Judgment as follows:

//

//

//

1

IT IS ORDERED:

1. Debtors' Ilangovan Kuppusamy and Ranjani Ilangovan Krishnan, discharge is denied pursuant to 11 U.S.C. §727.

###

Date: July 21, 2016

Catherine Bauer
United States Bankruptcy Judge