1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  MATTHEW W. GRIMSHAW, #210424
   mgrimshaw@marshackhays.com
3  LAILA MASUD, #311731
   lmasud@marshackhays,com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, CA 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for Chapter 7 Trustee,
   RICHARD A. MARSHACK

8
                UNITED STATES BANKRUPTCY COURT
9
        CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION
10

| | |
|---|---|
| 11  In re | Case No. 8:14-bk-17399-CB |
| 12  ILANGOVAN KUPPUSAMY<br>RANJANI ILANGOVAN KRISHNAN, | Chapter 7 |
| 13 | TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE WITH; |
| 14      Debtors. | MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF |
| 15 | RICHARD A. MARSHACK IN SUPPORT |
| 16 | [NO HEARING REQUIRED PURSUANT TO RULE 9013-1(O) OF THE LOCAL |
| 17 | BANKRUPTCY RULES] |

18

19  TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE,

20  THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

21      Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy

22  estate ("Estate") of Ilangovan Kuppusamy and Ranjani Ilangovan Krishnan ("Debtors"), has reached

23  an agreement with Trasteel Belgium Societe Anonyme ("TBSA"), Belgiron SA ("Belgiron"),

24  Trasteel International SA ("TISA"), Presley O. Reed ("Mr. Reed"), Patricia S. Reed ("Ms. Reed,"

25  and together with Mr. Reed, the "Reeds"), KMP Mining, LLC ("KMP Mining"), KMP Mexico, LLC

26  ("KMP Mexico," and together with TBSA, Belgiron, TISA, the Reeds, and KMP Mining, the

27  "Claimants"), and the Debtors (the Trustee, the Debtors, and the Claimants collectively, "Parties") to

28

fully resolve certain disputes surrounding claims filed by Claimants. This settlement[1] avoids the cost and risk of litigation, and—in the business judgment of the Trustee—is in the best interest of creditors and the Estate. Therefore, the Trustee requests that this Court approve the settlement and authorize the Trustee to take the steps necessary to consummate the agreement.

## 1.    Summary of Argument

A Chapter 7 trustee's duties include analyzing proofs of claim and objecting to the allowance of any claim that is improper. In this case, upon his appointment, the Trustee and his counsel discovered that eleven (11) claims, totaling $84,209,480.27, were filed on or before the bar date. Seven (7) of the claims (described in detail below but collectively referred to as the "Claims") were filed by Claimants and arise out of an action against Debtors and IRK International S.A. de C.V. ("IRK"). The Claims total over $82 million.

Claimants allege that they invested in, and agreed to purchase iron ore from, IRK in reliance on material misrepresentations made by Debtors to each of the Claimants beginning in late 2008 and continuing throughout 2010 ("Colorado Action"). Default was entered in favor of the Claimants, but a default judgment was never obtained. The Claims are based on the same allegation contained in the Colorado Action. Debtors deny that they have any liability on the Claims based on Colorado law and its applicable three-year statute of limitations regarding fraud claims. Claimants contend that Colorado's statute of limitations for fraud permits tolling under certain circumstances, including those applicable to this case because Debtors actively took steps to hide from Claimants by, among other things, ceasing all communications with Claimants and relocating their business from one country to another.

After analyzing the Claims, and the defenses thereto, the Trustee reached a settlement with Claimants whereby the Claims will be allowed up to a certain amount without the additional expense of litigating issues related to the Claims. As described in detail below, a critical component to this settlement is Claimants' agreement to allow a significant distribution to other creditors. As a result, the Trustee believes the settlement is in the best interest of creditors and seeks approval of the same

---

[1] A true and correct copy of the Settlement Agreement ("Agreement") is attached to the declaration of Richard A. Marshack ("Marshack Decl.") as Exhibit 3.

under Rule 9019 of the Federal Rules of Bankruptcy Procedure ("FRBP").

## 2.     Statement of Facts

### A.     Debtors' Bankruptcy

On December 26, 2014 ("Petition Date"), Debtors filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

Richard A. Marshack, is the duly appointed and acting Chapter 7 Trustee of the Estate.

The Court set a claims bar date of May 4, 2015 ("Bar Date").

On March 17, 2015, the Trustee filed a complaint against Debtors for denial of their discharge under 11 U.S.C. § 727(a)(2), (a)(3), and (a)(4) ("Discharge Adversary").

On July 21, 2016, Trustee and Debtors entered into a Stipulation resolving the Discharge Adversary, and a judgment denying Debtors' discharge was entered.

### B.     The Claims

Eleven (11) claims[2] were filed on or before the Bar Date totaling $84,209,480.27, and include the following:

1.  On May 4, 2015, TBSA filed Proof of Claim No. 4-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 4-1").

2.  On May 4, 2015, Belgiron filed Proof of Claim No. 5-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 5-1").

3.  On May 4, 2015, TISA filed Proof of Claim No. 6-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 6-1").

4.  On May 4, 2015, Mr. Reed filed Proof of Claim No. 7-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 7-1").

5.  On May 4, 2015, Ms. Reed filed Proof of Claim No. 8-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 8-1").

6.  On May 4, 2015, KMP Mining filed Proof of Claim No. 9-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 9-1").

---

[2] A true and correct copy of Debtors' Claim Register is attached as Exhibit 2 to the Marshack Decl.

7.  On May 4, 2015, KMP Mexico filed Proof of Claim No. 10-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 10-1," and together with Claim No. 4-1, Claim No. 5-1, Claim No. 6-1, Claim No. 7-1, Claim No. 8-1, and Claim No. 9-1, the "Claims").

One (1) claim was filed after the Bar Date totaling $17,708.68.

The Claims arise from the Colorado Action. Although they made no effort to defend themselves in the Colorado Action prior to the Petition Date, Debtors claim that they have valid affirmative defenses. Specifically, Debtors contend that Colorado's three-year status of limitations regarding fraud claims precludes the Claims now. Claimants acknowledge the general rule cited by Debtors, but claim it inapplicable. According to Claimants, Colorado's statute of limitations for fraud permits tolling under certain circumstances, including those applicable to this case because Debtors actively took steps to hide from Claimants by, among other things, ceasing all communications with Claimants and relocating their business from one country to another. The Claims represent approximately 98% of total value of all timely filed claims against the Estate.

Recognizing the uncertainty and risk faced by both sides, Trustee negotiated a settlement with Claimants that provided them with allowed claims in exchange for an agreement that other creditor would receive a significant distribution. A true and correct copy of the Additionally, Claimants and Debtors exchanged mutual general releases.

## 3.    Details of the Compromise

The following is a brief summary of the terms of the agreement ("Agreement") between the Trustee and Debtor. [3] Subject to Bankruptcy Court approval, the Agreement provides:

1.    The Claimants shall have allowed claims in the following amounts:

a.    TBSA's Claim No. 4-1 shall be allowed in the amount of $14,583,693.19;

b.    Belgiron's Claim No. 5-1 shall be allowed in the amount of $14,583,693.19;

c.    TISA's Claim No. 6-1 shall be allowed in the amount of

---

[3] All interested parties are advised to consult the Agreement for all terms and conditions. The statements contained herein are a summary of the material terms and conditions only.

$14,583,693.19;

    d.    Mr. Reed's Claim No. 7-1 shall be allowed in the amount of $9,625,000.00;

    e.    Ms. Reed's Claim No. 8-1 shall be allowed in the amount of $9,625,000.00;

    f.    KMP Mining's Claim No. 9-1 shall be allowed in the amount of $9,625,000.00; and

    g.    KMP Mexico's Claim No. 10-1 shall be allowed in the amount of $9,625,000.00.

2.    The Claimants and other creditors shall share the funds available for distribution equally with other creditors. The Agreement states:

> Notwithstanding the fact that the allowed Claims represent approximately 98% of all timely filed unsecured claims, the Parties agree that Claimants shall not receive 98% of the funds available to unsecured creditors. Instead, the pool of general unsecured creditors shall be divided into two groups: Claimants and all other creditors ("Other Creditors"), with each group receiving 50% of all funds available to pay general unsecured claims under 11 U.S.C. §726 (each 50%, a "Fund"). Claimants may divide their Fund amongst themselves as they see fit. Other Creditors shall divide their Fund pro rata amongst themselves based on the amounts owed to each by the Debtors.

Marshack Decl., ¶12, Ex. 3, pg. 3 of 8.

Absent Claimants' consent to an unequal distribution, they would have received virtually all of the funds available for distribution to creditors. As such, this concession was vital in allowing a meaningful distribution to other creditors.

## 4.    Legal Authority

### A.    The Court May Approve a Settlement of a Pending Controversy

The Court has the authority to decide whether to approve a settlement of claims held by a bankruptcy estate. Notice must be given to all creditors, the United States Trustee, the debtor, and indenture trustees as provided in FRBP 2002, and to any other entity as the court may direct. *See* Rule 9019(a) of the Federal Rules of Bankruptcy Procedure.

It is well-established that a compromise should be approved if it is "in the best interest of the estate . . . and is fair and equitable for the creditors." *Schmitt v. Ulrich (In re Schmitt)*, 215 B.R. 417, 424 (B.A.P. 9th Cir. 1997); *ATKN Company v. Guy F. Atkinson Company of California (In re Guy F. Atkinson Company)*, 242 B.R 497, 502 (B.A.P. 9th Cir. 1999) ("At its base, the approval of a settlement turns on the question of whether the compromise is in the best interest of the estate.") The standards to be applied to the approval of a settlement include:

1)   the probability of success of the litigation on its merits;

2)   the difficulties in collection on a judgment;

3)   the complexity of the litigation involved; and

4)   the expense, inconvenience or delay occasioned by the litigation, and the interest of creditors.

*In re A & C Properties*, 784 F.2d 1377, 1380-81 (9th Cir. 1986), cert. den., *Martin v. Robinson*, 479 U.S. 854, 107 S.Ct. 189 (1989).

Although the Court is to consider the range of results in the litigation, "the court's assessment does not require resolution of the issues, but only their identification, so that the ***reasonableness*** of the settlement may be evaluated" (emphasis added). *In re Hermitage Inn, Inc*., 66 Bankr. 71, 72 (Bankr. D. Colo. 1986). Moreover, it is ***not*** the bankruptcy court's responsibility to decide the numerous questions of law and fact with respect to the merits of the litigation, but rather to "canvas the issues and see whether the settlement falls below the lowest point of the range of reasonableness." *In re Heissinger Resources Ltd.,* 67 Bankr. 378, 383 (C.D. Ill. 1986).

The Agreement provides an expedient and cost effective resolution of the Claims. Without the Agreement, the Trustee would be forced to litigate issues, disputes, liabilities, and claims existing between Debtors and Claimants, including disputes over the enforceability of the Claims. Such litigation would be costly and would delay any distribution to creditors.

### i.    The Probability of Success

The probability of success in this litigation element weighs in favor of approving the compromise. The Claims assert misrepresentations based on business transactions involving the

Debtors. Debtors assert a statute of limitations defense, and Trustee is confident that such a defense is colorable. But it is unclear whether it would have applied in light of Claimants' tolling arguments, and if Claimants were to prevail, then they would be entitled to virtually all funds available for distribution to unsecured creditors. Moreover, prior to the Petition Date, the court in the Colorado Action entered default against the Debtors. Therefore, it is unclear whether Trustee would have to move the Colorado court for relief from the default before trying to assert a statute of limitation defense, and equally unclear whether the Colorado court would grant such a motion. If relief from default were required and not obtained, then the Estate would be without a defense.

In order to avoid the risk of an unfavorable outcome and to minimize the administrative costs of the Estate, the Trustee has exercised his business judgment by deciding to enter the proposed Agreement.

### ii.    Difficulties in Collection

The factor pertaining to difficulty in collecting on a judgment does not appear to weigh in favor of either party. The Trustee does not anticipate there will be any sort of judgment upon which collection would be necessary.

### iii.    Complexity of Litigation

Should further litigation be necessary, the Trustee believes that the legal issues are substantively complex and development of the necessary evidence could prove difficult and expensive. First, with respect to the statute of limitation defense, resolution of the applicability of the defense, and whether relief of court would be needed before it could be asserted, are difficult and complex matters. Moreover, the substance of the Claims involves (a) complex mining agreement, (b) international cargo shipments, and (c) determining the correct standard for measuring mineral and ore levels in rocks mined in Mexico and transported to China.  As such the complexity of legal issues concerns not only contract claims but also claims involving the appropriate certification methods for earth metals and their levels in rock. Because the evidentiary burden is on the Trustee the legal issues could become expensive and protracted. In sum, there is no certainty that the result from continued litigation would be better than the settlement achieved. The Trustee has therefore

determined that settlement of the matter is appropriate.

### iv.    Expense, Inconvenience, and Delay

To prevail, the Estate will need to invest substantial resources to challenge and defend against the Claims with no guarantee of success. The cost of defending against the claims and the further investigation of the facts giving rise to the Claims is increased by the fact that the alleged bad conduct of the Debtors spans over two continents with evidence in support or against the Claims laying in both North America and Asia. As a result, litigation would be protracted, and expensive.

This compromise results in the Estate resolving substantial claims while, at the same time, eliminating the need for the Trustee to engage in uncertain, extensive, and costly litigation with multiple parties. The Agreement provides certainty to the Claimants, reduces expense to the Estate, will eliminate the delay caused by objecting to the Claims, and will result in a prompt and efficient use of Estate resources.

### B.    The Settlement is Fair and Equitable and Should be Approved

The Trustee believes that the Agreement is fair and reasonable and in the best interest of the Estate for at least the following reasons:

1.    The settlement resolves 98% of all timely filed claims, thereby reducing litigation expenses;

2.    The settlement avoids the risk of an unfavorable outcome;

3.    The settlement is a reasonable compromise given the Trustee's assessment of issues related to the Claims case; and

4.    Resolving this dispute in the proposed manner will result in the Estate maximizing limited resources for the benefit of creditors by avoiding unnecessary litigation costs.

The Trustee has therefore determined, in his sound business judgment, that the proposed settlement as memorialized in the Agreement represents a reasonable compromise which minimizes the risk and costs of litigation.

/ / /

/ / /

**5.    Conclusion**

For the reasons stated above, the Trustee requests that the Court approve the settlement and authorize the Trustee to take the steps necessary to consummate the Agreement.

DATED: August 3, 2017                    MARSHACK HAYS LLP

By: _/s/ Matthew W. Grimshaw_

MATTHEW GRIMSHAW
LAILA MASUD
Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

# Declaration of Richard A. Marshack

I, Richard A. Marshack, declare as follows:

1.      I am the Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of Ilangovan Kuppusamy and Ranjani Ilangovan Krishnan ("Debtors").

2.      I am an individual over 18 years of age and competent to make this Declaration.

3.      I have personal knowledge of the matters set forth in this Declaration, and if called upon to do so I could and would competently testify to these facts, as to other matters I have knowledge based on information and belief.

4.      I make this declaration in support of my motion ("Motion") to approve a settlement agreement ("Agreement") with Trasteel Belgium Societe Anonyme ("TBSA"), Belgiron SA ("Belgiron"), Trasteel International SA ("TISA"), Presley O. Reed ("Mr. Reed"), Patricia S. Reed ("Ms. Reed," and together with Mr. Reed, the "Reeds"), KMP Mining, LLC ("KMP Mining"), and KMP Mexico, LLC ("KMP Mexico," and together with TBSA, Belgiron, TISA, the Reeds, and KMP Mining, the "Claimants").

5.      Capitalized terms not defined here are defined in the Motion.

6.      I reviewed the docket in Debtors' case before executing this declaration to refresh my memory as to certain events.

7.      On December 26, 2014 ("Petition Date"), Debtors filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. A true and correct copy of the Court's CM/ECF Docket for Debtors' case is attached as Exhibit 1.

8.      On March 17, 2015, I caused a complaint to be filed against Debtors for denial of their discharge under 11 U.S.C. § 727(a)(2), (a)(3), and (a)(4) ("Discharge Adversary").

9.      On June 21, 2016, the Debtors and I stipulated to resolve the Discharge Adversary, with a judgment denying Debtors' discharge being entered.

10.     Eleven (11) claims were filed on or before the Bar Date totaling $84,209,480.27. A true and correct copy of the Claims Register for Debtors' case is attached as Exhibit 2.

11.    The Claimants filed certain of these claims, which I investigated with the assistance of my counsel. I learned that the Claims are based on the Colorado Action filed by the Claimants against Debtors and others. Debtors contend that they have defenses to the Colorado Action, including a statute of limitations defense. Claimants assert that, under the facts and circumstances of this case, the applicable statute of limitations is subject to tolling.

12.    After analyzing the case, I decided to enter into the Agreement with Claimants, a true and correct copy of which is attached as Exhibit 3.

13.    Among other things, the Agreement provides Claimants with allowed Claims in exchange for an agreement that other creditors will receive a significant distribution.

14.    I decided to enter into the Agreement based on a variety of factors. Among other things, I considered the various parties' probabilities of success. Although I believe that the Estate has a colorable statute of limitations defense, it is unclear whether such defense will prevail in light of Claimants' tolling arguments. Moreover, it is unclear whether the Estate could even assert a defense without first obtaining relief from the default entered in the Colorado Action and whether, if necessary, such a motion would be granted. To minimize the risks associated with these uncertainties, I believe settling is the Estate's best option.

15.    I also considered the complexity of the claims at issue. Aside from the difficulties presented by the statute of limitations defense, the underlying claims involve (a) complex mining agreements, (b) international cargo shipments, and (c) determinations of the correct standards for measuring mineral and ore levels in rocks mined in Mexico and transported to China. As such issues are complex, difficult, and will be expensive to address.

16.    I further considered the effect of protracted litigation on the administration of the Bankruptcy Case and believe the best interests of the Estate are served by a resolution. The cost of litigation could be substantial and would unnecessarily dilute any recovery obtained for the benefit of the Estate. Moreover, there is no certainty that the result from continued litigation would be better than the Agreement achieved.

/ / /

MOTION FOR APPROVAL OF COMPROMISE UNDER RULE 9019

1      17.    I have evaluated the proposed Agreement and in my business judgment and

2 experience as a Trustee, I believe that the Agreement is fair and reasonable and in the best interests

3 of the Estate and the creditors of the Debtors.

4      18.    I seek the Court's approval of the proposed settlement.

5      I declare under penalty of perjury that the foregoing is true and correct, and that this

6 declaration is executed on August ___3___, 2017, at Irvine, California.

7

8                     _____

9                     RICHARD A. MARSHACK

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?126755341093424-L_1_0-1

NODISCH, DEFER

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:14-bk-17399-CB

| | |
|---|---|
| *Date filed:* | 12/26/2014 |
| *341 meeting:* | 04/28/2015 |
| *Deadline for filing claims:* | 05/04/2015 |
| *Deadline for filing claims (govt.):* | 06/24/2015 |
| *Deadline for objecting to discharge:* | 04/06/2015 |
| *Deadline for financial mgmt. course (db):* | 04/06/2015 |
| *Deadline for financial mgmt. course (jdb):* | 04/06/2015 |

*Assigned to:* Catherine E. Bauer
Chapter 7
Voluntary
Asset

*Debtor disposition:* Discharge Denied
*Joint debtor disposition:* Discharge Denied

**Debtor**
**Ilangovan Kuppusamy**
18617 Devlin Ave.
Artesia, CA 90701
ORANGE-CA
SSN / ITIN: xxx-xx-7798

represented by **Michael Jones**
M Jones & Assoicates, PC
505 N Tustin Ave Ste 105
Santa Ana, CA 92705
714-795-2346
Fax : 888-341-5213
Email: mike@mjthelawyer.com

**William A Kent**
Law Office of William A Kent
15242 Normandie Ave
Irvine, CA 92604-2935
949-559-5003
Fax : 949-651-0280
Email: WKENT1@COX.NET
*TERMINATED: 02/25/2015*

**David Brian Lally**
Law Office of David B. Lally
26895 Aliso Creek Rd., #B663
Aliso Viejo, CA 92656
949-500-7409
Fax : 949-861-9250
Email: davidlallylaw@gmail.com

**Sara Tidd**
M. Jones & Associates, PC
505 N. Tustin Ave., Suite 105
Santa Ana, CA 92705
714-795-2346

Exhibit "1"
Page 11

Fax : 888-341-5213
Email: sara@mjonesandassociates.com

**Joint Debtor**                                             represented by **Michael Jones**
**Ranjani Ilangovan Krishnan**                              (See above for address)
18617 Devlin Ave.
Artesia, CA 90701                                           **William A Kent**
ORANGE-CA                                                   (See above for address)
SSN / ITIN: xxx-xx-9208                                     *TERMINATED: 02/25/2015*

                                                           **David Brian Lally**
                                                           (See above for address)

                                                           **Sara Tidd**
                                                           (See above for address)

**Trustee**                                                 represented by **D Edward Hays**
**Richard A Marshack (TR)**                                 Marshack Hays LLP
Marshack Hays LLP                                           870 Roosevelt Ave
870 Roosevelt                                               Irvine, CA 92620
Irvine, CA 92620                                            949-333-7777
949-333-7777                                               Fax : 949-333-7778
                                                           Email: ehays@marshackhays.com

                                                           **Ashley M Teesdale**
                                                           Marshack Hays LLP
                                                           870 Roosevelt Ave
                                                           Irvine, CA 92620
                                                           949-333-7777
                                                           Fax : 949-333-7778
                                                           Email: ateesdale@marshackhays.com
                                                           *TERMINATED: 02/22/2017*

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 12/26/2014 | 1<br>(74 pgs; 2 docs) | Chapter 7 Voluntary Petition *Kuppusamy*. Fee Amount $335 Filed by Ilangovan Kuppusamy, Ranjani Ilangovan Krishnan (Attachments: # 1 Supplement) (Kent, William) WARNING: Item subsequently amended by docket entries 2, 3, and #4. 72 HOUR DEFICIENCY re: Statement of |

| | | |
|---|---|---|
| | | Social Security Numbers Not Filed (Same SSN Used For Both Debtor and Joint Debtor) and Master Mailing List of Creditors not uploaded. Judge/Trustee Not Assigned. 341A Not Generated. CASE DEFICIENT FOR Cert. of Credit Counseling due by 1/9/2015. Incomplete Filings due by 1/9/2015. Modified on 12/26/2014 (Mitchell, Carla). (Entered: 12/26/2014) |
| 12/26/2014 | 2 (1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Mitchell, Carla) (Entered: 12/26/2014) |
| 12/26/2014 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) Cert. of Credit Counseling due by 1/9/2015. Incomplete Filings due by 1/9/2015. (Mitchell, Carla) (Entered: 12/26/2014) |
| 12/26/2014 | 3 (1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Mitchell, Carla) (Entered: 12/26/2014) |
| 12/26/2014 | 4 | Notice to Filer of Error and/or Deficient Document **Petition was filed as complete, but schedules or statements are deficient. THE FILER IS INSTRUCTED TO FILE THE DEFICIENT DOCUMENTS BY THE DUE DATE. Other - JUDGE AND TRUSTEE NOT ASSIGNED; 341A NOT GENERATED** (RE: related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan, 2 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC), Set Case Commencement Deficiency Deadlines (ccdn), 3 Case Commencement Deficiency Notice (BNC)) (Mitchell, Carla) (Entered: 12/26/2014) |
| 12/26/2014 | | Receipt of Voluntary Petition (Chapter 7)(8:14-bk-17399) [misc,volp7] ( 335.00) Filing Fee. Receipt number 38830170. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 12/26/2014) |

Exhibit "1"
Page 13

| 12/28/2014 | 5<br>(3 pgs) | Certificate of Credit Counseling *Ilangovan Kuppusamy* Filed by Joint Debtor Ranjani Ilangovan Krishnan (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Kent, William) (Entered: 12/28/2014) |
|---|---|---|
| 12/28/2014 | 6<br>(3 pgs) | Certificate of Credit Counseling *Ranjani I. Krishnan* Filed by Joint Debtor Ranjani Ilangovan Krishnan. (Kent, William) (Entered: 12/28/2014) |
| 12/28/2014 | 7 | Statement of Social Security Number(s) (Official Form B21) Filed by Debtor Ilangovan Kuppusamy. (Kent, William) (Entered: 12/28/2014) |
| 12/28/2014 | 10<br>(2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 02/03/2015 at 10:00 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Objections for Discharge due by 04/06/2015. Cert. of Financial Management due by 04/06/2015 for Debtor and Joint Debtor (if joint case) (Kent, William) (Entered: 12/28/2014) |
| 12/28/2014 | 8<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)3 Case Commencement Deficiency Notice (BNC)) No. of Notices: 2. Notice Date 12/28/2014. (Admin.) (Entered: 12/28/2014) |
| 12/28/2014 | 9<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)2 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 3. Notice Date 12/28/2014. (Admin.) (Entered: 12/28/2014) |
| 12/31/2014 | 11<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)10 Meeting (AutoAssign Chapter 7)) No. of Notices: 17. Notice Date 12/31/2014. (Admin.) (Entered: 12/31/2014) |
| 01/04/2015 | 12<br>(4 pgs) | Amending Schedules (F) *Amended Schedule F* Filed by Debtor Ilangovan Kuppusamy. (Kent, William) (Entered: 01/04/2015) |
| 01/04/2015 | | Receipt of Amending Schedules D E or F(8:14-bk-17399-CB) [misc,amdsch] ( 30.00) Filing Fee. Receipt number 38868701. Fee amount 30.00. (re: Doc# 12) (U.S. Treasury) (Entered: 01/04/2015) |
| 01/04/2015 | 13<br>(3 pgs) | Amendment to List of Creditors. *Amended List of Creditors* Fee Amount $30 Filed by Debtor Ilangovan |

Exhibit "1"
Page 14

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?126755341093424-L_1_0-1

| | | |
|---|---|---|
| | | Kuppusamy. (Kent, William) (Entered: 01/04/2015) |
| 01/04/2015 | | Receipt of Amended List of Creditors (Fee)(8:14-bk-17399-CB) [misc,amdcm] ( 30.00) Filing Fee. Receipt number 38868704. Fee amount 30.00. (re: Doc# 13) (U.S. Treasury) (Entered: 01/04/2015) |
| 01/04/2015 | 14 (3 pgs) | List of Creditors (Master Mailing List of Creditors) Filed by Debtor Ilangovan Kuppusamy. (Kent, William) (Entered: 01/04/2015) |
| 01/04/2015 | 15 (1 pg) | Schedule H (Official Form B6H) - Codebtors *Amended Sch H* Filed by Debtor Ilangovan Kuppusamy. (Kent, William) (Entered: 01/04/2015) |
| 01/22/2015 | | Receipt of Certification Fee - $11.00 by 12. Receipt Number 80061435. (admin) (Entered: 01/23/2015) |
| 01/23/2015 | 16 | Amended Schedule B (Official Form B6B) - Personal Property , Amended Schedule C (Official Form B6C) - Property Claimed as Exempt with proof of service Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy . (Shimizu, Tina). DOCKETED IN ERROR. SEE CORRECT CASE 8:14-17018-TA. Modified on 1/26/2015 (Corona, Heidi). (Entered: 01/23/2015) |
| 01/23/2015 | 17 (3 pgs) | Document - Notice of Discharge of Counsel; Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy (Firman, Karen) (Entered: 01/27/2015) |
| 01/27/2015 | 18 (12 pgs; 2 docs) | Adversary case 8:15-ap-01027. Complaint by Richard A. Marshack against Harikrishnan Kuppusamy Krishnan. (Charge To Estate). *(1) Avoidance and Recovery of Intentional Fraudulent Transfer; (2) Avoidance and Recovery of Constructive Fraudulent Transfer; and (3) Turnover of Property* (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)),(11 (Recovery of money/property - 542 turnover of property)) (Teesdale, Ashley) (Entered: 01/27/2015) |
| 01/27/2015 | 19 (3 pgs) | Motion to Dismiss Debtor Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy (Bustillos, Denise) (Entered: 01/28/2015) |

Exhibit "1"
Page 15

| | | |
|---|---|---|
| 01/28/2015 | [20](#)<br>(4 pgs) | Request for courtesy Notice of Electronic Filing (NEF) *Notice of Appearance and Request for Notice with Proof of Service* Filed by Neue, Mike. (Neue, Mike) (Entered: 01/28/2015) |
| 01/29/2015 | [21](#)<br>(2 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) Filed by Trustee Richard A Marshack (TR). Proofs of Claims due by 5/4/2015. Government Proof of Claim due by 6/24/2015. (Marshack (TR), Richard) (Entered: 01/29/2015) |
| 01/29/2015 | [22](#)<br>(12 pgs) | Motion to dismiss Chapter 7 Trustee's complaint and Motion to discharge Mr. Marshack as Chapter 7 Trustee; Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy (Firman, Karen) (Entered: 01/29/2015) |
| 01/29/2015 | [23](#)<br>(9 pgs) | Document - Affidavit of Ranjani Ilangovan Krishnan in support of Debtors' motion to dismiss; Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy (RE: related document(s)[22](#) Generic Motion filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Firman, Karen) (Entered: 01/29/2015) |
| 01/29/2015 | [24](#)<br>(1 pg) | Notice to creditors re: Notice of hearing on (1) Notice of discharge of counsel; (2) Motion to dismiss debtor; (3) Motion to dismiss chapter 7 trustee's complaint and motion to discharge Mr. Marshack as chapter 7 trustee - Hearing set for February 10, 2015 @ 2:30 p.m. (BNC-PDF) (Firman, Karen) (Entered: 01/29/2015) |
| 01/29/2015 | 25 | Hearing Set on notice of discharge of counsel [document #17] The Hearing date is set for 2/10/2015 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 01/29/2015) |
| 01/29/2015 | 26 | Hearing Set (RE: related document(s)[19](#) Dismiss Debtor filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) The Hearing date is set for 2/10/2015 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 01/29/2015) |

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?126755341093424-L_1_0-1

| | | |
|---|---|---|
| 01/29/2015 | 27 | Hearing Set (RE: related document(s)22 Generic Motion filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) The Hearing date is set for 2/10/2015 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 01/29/2015) |
| 01/31/2015 | 28 (3 pgs) | BNC Certificate of Notice (RE: related document(s)21 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Richard A Marshack (TR)) No. of Notices: 19. Notice Date 01/31/2015. (Admin.) (Entered: 01/31/2015) |
| 01/31/2015 | 29 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 Notice to creditors (BNC-PDF)) No. of Notices: 20. Notice Date 01/31/2015. (Admin.) (Entered: 01/31/2015) |
| 02/02/2015 | 30 (4 pgs) | Debtor's Motion for an Order of Protection; Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy (Bustillos, Denise) (Entered: 02/03/2015) |
| 02/02/2015 | 31 (10 pgs) | Affidavit of Ilangovan Kuppusamy in Support of Debtor's Motion for an Order of Protection; Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy (RE: related document(s)30 Motion for Protective Order). (Bustillos, Denise) (Entered: 02/03/2015) |
| 02/04/2015 | 32 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 02/10/15 at 03:32 PM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Debtor absent. Joint debtor absent. (Marshack (TR), Richard) (Entered: 02/04/2015) |
| 02/04/2015 | 33 (1 pg) | Notice to creditors on Debtor's motion for an order of protection - Hearing set for February 10, 2015 @ 2:30 p.m. (BNC-PDF) (Firman, Karen) (Entered: 02/04/2015) |
| 02/04/2015 | 34 | Hearing Set (RE: related document(s)30 Motion for Protective Order filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Firman, Karen) (Entered: 02/04/2015) |
| 02/04/2015 | 35 | Hearing Set (RE: related document(s)30 Motion for Protective Order filed by Debtor Ilangovan Kuppusamy, |

8/3/17, 1:59 PM

Exhibit "1"
Page 17

|  |  |  |
|---|---|---|
|  |  | Joint Debtor Ranjani Ilangovan Krishnan) The Hearing date is set for 2/10/2015 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 02/04/2015) |
| 02/04/2015 | 36 (15 pgs) | Declaration re: *Declaration by William Kent* Filed by Attorney William A Kent. (Kent, William) (Entered: 02/04/2015) |
| 02/04/2015 | 37 (9 pgs) | Declaration re: *Declaration by Gabriela Kent* Filed by Attorney William A Kent. (Kent, William) (Entered: 02/04/2015) |
| 02/05/2015 | 38 (26 pgs) | Opposition to (related document(s): 22 Motion filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) *Trustees Opposition to Debtors Motion to Dismiss Bankruptcy Case; Declaration of Richard A. Marshack with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Teesdale, Ashley) [PER ATTORNEY EMAIL REQUEST TO HAVE THIS DOCUMENT REFLECT CORRECT RELATED DOCUMENT AS FOLLOW] (RE: related document(s)19 Dismiss Debtor filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) Modified on 2/9/2015 (Mccall, Audrey). (Entered: 02/05/2015) |
| 02/06/2015 | 39 (41 pgs) | Opposition to (related document(s): 19 Motion to Dismiss Debtor filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) *Opposition of Presley O. Reed and Patricia Stacey Reed to Debtors' Motion to Dismiss Bankruptcy Case; and Joinder to Chapter 7 Trustee's Opposition to Debtors' Motion to Dismiss Bankruptcy Case; and Joinder to Chapter 7 Trustee's Opposition to Debtors' Motion to Dismiss Bankruptcy Case; Declaration of Presley O. Reed in Support Thereof with Proof of Serivce* Filed by Creditors Presley O. Reed, Stacy Reed (Neue, Mike) (Entered: 02/06/2015) |
| 02/06/2015 | 40 (16 pgs) | Opposition to (related document(s): 22 Motion filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) *Trustees Opposition to Debtors Motion to Dismiss Chapter 7 Trustees Complaint and Motion to Discharge Mr. Marshack as Chapter 7 Trustee with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Teesdale, Ashley) WARNING: Item subsequently amended by docket entry 42 Modified on 2/9/2015 |

| | | |
|---|---|---|
| | | (Mccall, Audrey). (Entered: 02/06/2015) |
| 02/06/2015 | 41 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)33 Notice to creditors (BNC-PDF)) No. of Notices: 20. Notice Date 02/06/2015. (Admin.) (Entered: 02/06/2015) |
| 02/09/2015 | 42 | Notice to Filer of Error and/or Deficient Document **Other - Document filed has a format listing defendant and plaintiff which is used for adversary matters. THE FILER IS INSTRUCTED TO RE-FILE DOCUMENT USING THE CORRECT FORMAT FOR MAIN CASES.** (RE: related document(s)40 Opposition filed by Trustee Richard A Marshack (TR)) (Mccall, Audrey) (Entered: 02/09/2015) |
| 02/09/2015 | 43 (15 pgs) | Opposition to (related document(s): 42 Notice to Filer of Error and/or Deficient Document) *Trustee's Opposition to Debtors' Motion to Dismiss Chapter 7 Trustee's Commplaint and Motion to Discharge Mr. Marshack as Chapter 7 Trusteee* Filed by Trustee Richard A Marshack (TR) (Teesdale, Ashley) (DOCUMENT RELATES TO DOCUMENT ENTRY 22) [Modified on 2/9/2015 (Mccall, Audrey). (Entered: 02/09/2015) |
| 02/09/2015 | 44 (22 pgs) | Application to Employ Marshack Hays LLP as Attorney for Trustee *Declaration of D. Edward Hays in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 02/09/2015) |
| 02/09/2015 | 45 (5 pgs) | Notice of motion/application *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)44 Application to Employ Marshack Hays LLP as Attorney for Trustee *Declaration of D. Edward Hays in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Hays, D) (Entered: 02/09/2015) |
| 02/09/2015 | 46 (10 pgs) | Memorandum of points and authorities In Support of Motion to Dismiss Chapter 7 Trustee's Adversary Complaint 22; Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy . (Bustillos, Denise) (Entered: 02/10/2015) |

Exhibit "1"
Page 19

| | | |
|---|---|---|
| 02/09/2015 | 47<br>(26 pgs) | Response in Reply to Chapter 7 Trustee's Opposition to Motion to Dismiss Chapter 7 Case (related document(s): 22 Motion filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy (Bustillos, Denise) (Entered: 02/10/2015) |
| 02/10/2015 | 49 | Hearing Held on notice of discharge of counsel - DENIED; Order by attorney; Order by U.S. Trustee (cr:dani) (RE: related document 17) (Mccall, Audrey) Modified on 2/11/2015 (Mccall, Audrey). (Entered: 02/11/2015) |
| 02/10/2015 | 50 | Hearing Held - DENIED; Order by Trustee (cr:dani) (RE: related document(s)19 Dismiss Debtor filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Mccall, Audrey) Modified on 2/11/2015 (Mccall, Audrey). (Entered: 02/11/2015) |
| 02/10/2015 | 51 | Hearing Held - DENIED; Order by Trustee (cr:dani) (RE: related document(s)22 Generic Motion filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Mccall, Audrey) (Entered: 02/11/2015) |
| 02/10/2015 | 52 | Hearing Held - DENIED; Order by Trustee (cr:dani) (RE: related document(s)30 Motion for Protective Order filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Mccall, Audrey) (Entered: 02/11/2015) |
| 02/10/2015 | 53<br>(5 pgs) | Memorandum in Reply to Motion to Discharge Chapter 7 Trustee; (related document(s): 22 Motion filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) Filed by Joint Debtor Ranjani Ilangovan Krishnan , Debtor Ilangovan Kuppusamy (Bustillos, Denise) [Document filed has a format listing Defendant and Plaintiff which is used for Adversary matters]. (Entered: 02/11/2015) |
| 02/11/2015 | 48 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 03/03/15 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Debtor appeared. Joint debtor appeared. (Marshack (TR), Richard) (Entered: 02/11/2015) |
| 02/12/2015 | 54<br>(2 pgs) | Order denying Debtor's notice of discharge of counsel (Related Doc # 1 ) Signed on 2/12/2015 (Firman, Karen) |

Exhibit "1"
Page 20

|  |  |  |
|---|---|---|
|  |  | (Entered: 02/12/2015) |
| 02/14/2015 | 55 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)54 Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 02/14/2015. (Admin.) (Entered: 02/14/2015) |
| 02/20/2015 | 56 (5 pgs) | Notice of lodgment *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)30 Motion for Protective Order). (Teesdale, Ashley) (Entered: 02/20/2015) |
| 02/20/2015 | 57 (5 pgs) | Notice of lodgment *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)19 Motion to Dismiss Debtor). (Teesdale, Ashley) (Entered: 02/20/2015) |
| 02/20/2015 | 58 (5 pgs) | Notice of lodgment *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)22 Motion). (Teesdale, Ashley) (Entered: 02/20/2015) |
| 02/24/2015 | 59 (39 pgs) | Amending Schedules (D) (E) (F) , Statistical Summary of Certain Liabilities (Official Form B6 - Pg2), Summary of Schedules (Official Form B6 - Pg1) , Amended Schedule A (Official Form B6A) - Real Property , Amended Schedule B (Official Form B6B) - Personal Property , Amended Schedule C (Official Form B6C) - Property Claimed as Exempt , Schedule G (Official Form B6G) - Executory Contracts and Unexpired Leases , Schedule H (Official Form B6H) - Codebtors , Amended Schedule I (Official Form B6I) - Your Income , Amended Schedule J (Official Form B6J) - Your Expenses , Declaration Concerning Debtor's Schedules (Official Form B6) , Statement of Financial Affairs (Official Form B7) , Chapter 7 Individual Debtor's Statement of Intention (Official Form B8) , Declaration Re: Electronic Filing Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy. (Jones, Michael) (Entered: 02/24/2015) |
| 02/24/2015 |  | Receipt of Amending Schedules D E or F(8:14-bk-17399-CB) [misc,amdsch] ( 30.00) Filing Fee. Receipt number 39262611. Fee amount 30.00. (re: Doc# 59) (U.S. Treasury) (Entered: 02/24/2015) |
| 02/24/2015 | 60 (2 pgs) | Order denying Debtors' motion to dismiss bankruptcy case (BNC-PDF). (Related Doc # 19) Signed on 2/24/2015. |

Exhibit "1"
Page 21

|  |  | (Firman, Karen) (Entered: 02/24/2015) |
|---|---|---|
| 02/24/2015 | 61<br>(2 pgs) | Order denying Debtors' motion to dismiss Chapter 7 Trustee's complaint and motion to discharge Mr. Marshack as Chapter 7 Trustee (BNC-PDF) (Related Doc # 22 ) Signed on 2/24/2015 (Firman, Karen) (Entered: 02/24/2015) |
| 02/24/2015 | 62<br>(2 pgs) | Order Denying Debtors' Motion For Protective Order (BNC-PDF) (Related Doc # 30 ) Signed on 2/24/2015 (Firman, Karen) (Entered: 02/24/2015) |
| 02/25/2015 | 63<br>(1 pg) | Personal Financial Management Course Certificate for Debtor (McDonough, Ryan) (Entered: 02/25/2015) |
| 02/25/2015 | 64<br>(1 pg) | Personal Financial Management Course Certificate for Joint Debtor (McDonough, Ryan) (Entered: 02/25/2015) |
| 02/25/2015 | 65<br>(6 pgs) | Substitution of attorney Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy. (Jones, Michael) (Entered: 02/25/2015) |
| 02/26/2015 | 66<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)60 Order on Motion To Dismiss Debtor - Joint Debtor (BNC-PDF)) No. of Notices: 2. Notice Date 02/26/2015. (Admin.) (Entered: 02/26/2015) |
| 02/26/2015 | 67<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)61 Order on Generic Motion (BNC-PDF)) No. of Notices: 2. Notice Date 02/26/2015. (Admin.) (Entered: 02/26/2015) |
| 02/26/2015 | 68<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)62 Order on Motion for Protective Order (BNC-PDF)) No. of Notices: 2. Notice Date 02/26/2015. (Admin.) (Entered: 02/26/2015) |
| 03/03/2015 | 69<br>(6 pgs) | Motion to Convert Case From Chapter 7 to 13. Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (Jones, Michael) (Entered: 03/03/2015) |
| 03/03/2015 | 70<br>(7 pgs) | Notice of motion/application Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (RE: related document(s)69 Motion to Convert Case From Chapter 7 to 13. Filed by Joint Debtor Ranjani Ilangovan |

Exhibit "1"
Page 22

| | | |
|---|---|---|
| | | Krishnan, Debtor Ilangovan Kuppusamy). (Jones, Michael) (Entered: 03/03/2015) |
| 03/04/2015 | 71 (33 pgs) | Declaration re: non opposition *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)44 Application to Employ Marshack Hays LLP as Attorney for Trustee *Declaration of D. Edward Hays in support; with Proof of Service*). (Hays, D) (Entered: 03/04/2015) |
| 03/05/2015 | 72 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 03/24/15 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Debtor absent. Joint debtor absent. (Marshack (TR), Richard) (Entered: 03/05/2015) |
| 03/12/2015 | 73 (2 pgs) | Order Granting Application by Chapter 7 Trustee to Employ Marshack Hays LLP (BNC-PDF) (Related Doc # 44) Signed on 3/12/2015. (Firman, Karen) (Entered: 03/12/2015) |
| 03/14/2015 | 74 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)73 Order on Application to Employ (BNC-PDF)) No. of Notices: 2. Notice Date 03/14/2015. (Admin.) (Entered: 03/14/2015) |
| 03/17/2015 | 75 (95 pgs; 2 docs) | Adversary case 8:15-ap-01127. Complaint by Richard A. Marshack against Ilangovan Kuppusamy, Ranjani Ilangovan Krishnan. (Charge To Estate). *Complaint Objecting To Debtors Discharge Pursuant To 11 U.S.C. § 727(a)(2), (a)(3), and (a)(4)* (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit: (65 (Dischargeability - other)) (Teesdale, Ashley) (Entered: 03/17/2015) |
| 03/17/2015 | 76 (144 pgs; 2 docs) | Opposition to (related document(s): 69 Motion to Convert Case From Chapter 7 to 13. filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) *Trustees Notice of Opposition and Request for a Hearing re: Debtors Motion to Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a) with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Attachments: # 1 Part 2 of 2) (Teesdale, Ashley) (Entered: 03/17/2015) |
| 03/26/2015 | 77 (1 pg) | Disclosure of Compensation of Attorney for Debtor (Official Form B203) Filed by Joint Debtor Ranjani |

Exhibit "1"
Page 23

|  |  |  |
|---|---|---|
|  |  | Ilangovan Krishnan, Debtor Ilangovan Kuppusamy. (Jones, Michael) (Entered: 03/26/2015) |
| 03/26/2015 | 78 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 04/28/15 at 11:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Debtor absent. Joint debtor absent. (Marshack (TR), Richard) (Entered: 03/26/2015) |
| 03/27/2015 | 79 (4 pgs) | Disclosure of Compensation of Attorney for Debtor (Official Form B203) *with Proof of Service* Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy. (Lally, David) (Entered: 03/27/2015) |
| 04/02/2015 | 80 (6 pgs) | Notice of Hearing Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (RE: related document(s)69 Motion to Convert Case From Chapter 7 to 13. Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy). (Tidd, Sara) (Entered: 04/02/2015) |
| 04/03/2015 | 81 | Hearing Set (RE: related document(s)69 Motion to Convert Case filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) The Hearing date is set for 5/12/2015 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Mccall, Audrey) (Entered: 04/03/2015) |
| 04/03/2015 | 82 (2 pgs) | Transcript Order Form, regarding Hearing Date 02/10/15 Filed by Trustee Richard A Marshack (TR) (RE: related document(s)19 Motion to Dismiss Debtor.) (Hays, D) (Entered: 04/03/2015) |
| 04/03/2015 | 83 (2 pgs) | Transcript Order Form, regarding Hearing Date 02/10/15 Filed by Trustee Richard A Marshack (TR) (RE: related document(s)22 Motion.) (Hays, D) (Entered: 04/03/2015) |
| 04/03/2015 | 84 (9 pgs) | Reply to (related document(s): 76 Opposition filed by Trustee Richard A Marshack (TR)) *Chapter 7 Trustee's Opposition to Debtors' Motion to Convert Case* Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (Tidd, Sara) (Entered: 04/03/2015) |
| 04/06/2015 | 85 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 15-CB-64. RE Hearing Date: 02/10/15, [TRANSCRIPTION |

Exhibit "1"
Page 24

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)          https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?126755341093424-L_1_0-1

| | | |
|---|---|---|
| | | SERVICE PROVIDER: ESCRIBERS, Telephone number 213-943-3843.] (RE: related document(s)83 Transcript Order Form (Public Request) filed by Trustee Richard A Marshack (TR)) (Mccall, Audrey) (Entered: 04/06/2015) |
| 04/07/2015 | 86 (7 pgs) | Declaration re: *In Support of Reply to Chapter 7 Trustee's Opposition to Debtors' Motion to Convert Case* Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (RE: related document(s)84 Reply). (Tidd, Sara) (Entered: 04/07/2015) |
| 04/07/2015 | 87 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 15-CB-65. RE Hearing Date: 02/10/15, [TRANSCRIPTION SERVICE PROVIDER: ESCRIBERS, Telephone number 213-943-3843.] (RE: related document(s)82 Transcript Order Form (Public Request) filed by Trustee Richard A Marshack (TR)) (Bustillos, Denise) (Entered: 04/07/2015) |
| 04/13/2015 | 88 (35 pgs) | Transcript regarding Hearing Held 02/10/15 RE: #25.00 Hearing on notice of discharge of counsel; #26.00 Motion to dismiss; #27.00 Motion to dismiss Chapter 7 Trustee's complaint and Motion to discharge Mr. Marshack as Chapter 7 Trustee; #27.10 Debtors' motion for an order of protection. Remote electronic access to the transcript is restricted until 07/13/2015. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: eScribers, LLC, Telephone number 973-406-2250.]. Notice of Intent to Request Redaction Deadline Due By 4/20/2015. Redaction Request Due By 05/4/2015. Redacted Transcript Submission Due By 05/14/2015. Transcript access will be restricted through 07/13/2015. (Gottlieb, Jason) (Entered: 04/13/2015) |
| 04/28/2015 | 89 (202 pgs; 2 docs) | Supplemental *to Trustee's Opposition to Debtors' Motion to Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a) with Proof of Service [Related Docket No. 76 - Notice of Opposition and Request for Hearing]* Filed by Trustee Richard A Marshack (TR). (Attachments: # 1 Part 2 of 2) (Hays, D) WARNING: Item subsequently amended by docket entry #90. Modified on 4/29/2015 (Firman, Karen). (Entered: 04/28/2015) |

Exhibit "1"
Page 25

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?126755341093424-L_1_0-1

| | | |
|---|---|---|
| 04/29/2015 | 90 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH CORRECT HEARING INFORMATION. THIS HEARING IS SCHEDULED FOR 2:30 P.M.** (RE: related document(s)89 Supplemental filed by Trustee Richard A Marshack (TR)) (Firman, Karen) (Entered: 04/29/2015) |
| 04/29/2015 | 91 (3 pgs) | Errata *Notice of Errata with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)89 Supplemental, 90 Notice to Filer of Error and/or Deficient Document). (Hays, D) (Entered: 04/29/2015) |
| 05/01/2015 | 92 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) Filed by Trustee Richard A Marshack (TR) (RE: related document(s) 72 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 03/24/15 at 10:02 AM at RM 3-110, 411 W Fourth St., Santa Ana, CA 92701. Debtor absent. Joint debtor absent. (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 05/01/2015) |
| 05/05/2015 | 93 (6 pgs) | Voluntary Dismissal of Motion Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (RE: related document(s)69 Motion to Convert Case From Chapter 7 to 13. ). (Jones, Michael) (Entered: 05/05/2015) |
| 05/12/2015 | 94 | Hearing Held - Off Calendar; Withdrawal of Motion filed 5/5/15 (RE: related document(s)69 Motion to Convert Case filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Mccall, Audrey) (Entered: 05/13/2015) |
| 06/03/2015 | 95 (19 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2014 ACURA MDX, V.I.N.: 5FRY D3H8 4EB0 13411 . Fee Amount $176, Filed by Creditor AMERICAN HONDA FINANCE CORPORATION (Frounjian, Vincent) (Entered: 06/03/2015) |
| 06/03/2015 | | Receipt of Motion for Relief from Stay - Personal Property(8:14-bk-17399-CB) [motion,nmpp] ( 176.00) Filing Fee. Receipt number 40065679. Fee amount 176.00. (re: Doc# 95) (U.S. |

Exhibit "1"
Page 26

| | | |
|---|---|---|
| | | Treasury) (Entered: 06/03/2015) |
| 06/04/2015 | 96 | Hearing Set (RE: related document(s)95 Motion for Relief from Stay - Personal Property filed by Creditor AMERICAN HONDA FINANCE CORPORATION) The Hearing date is set for 6/30/2015 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Gonsales, Otoniel) (Entered: 06/04/2015) |
| 06/10/2015 | 97 (5 pgs) | Stipulation By AMERICAN HONDA FINANCE CORPORATION, Ranjani Ilangovan Krishnan, Ilangovan Kuppusamy and *for Adequate Protection Order re. MFR* Filed by Creditor AMERICAN HONDA FINANCE CORPORATION, Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (Frounjian, Vincent) (Entered: 06/10/2015) |
| 06/10/2015 | 98 (9 pgs) | Notice of lodgment *of Adequate Protection Order re. MFR* Filed by Creditor AMERICAN HONDA FINANCE CORPORATION (RE: related document(s)95 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2014 ACURA MDX, V.I.N.: 5FRY D3H8 4EB0 13411 . Fee Amount $176, Filed by Creditor AMERICAN HONDA FINANCE CORPORATION). (Frounjian, Vincent) (Entered: 06/10/2015) |
| 06/15/2015 | 99 (5 pgs) | Stipulation By AMERICAN HONDA FINANCE CORPORATION and *Stipulation for Adequate Protection Order re. Motion for Relief from the Automatic Stay and Docket No. "95"* Filed by Creditor AMERICAN HONDA FINANCE CORPORATION (Frounjian, Vincent) (Entered: 06/15/2015) |
| 06/15/2015 | 100 (9 pgs) | Notice of lodgment *of Adequate Protection Order re. Motion for Relief from the Autmatic Stay* Filed by Creditor AMERICAN HONDA FINANCE CORPORATION (RE: related document(s)95 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2014 ACURA MDX, V.I.N.: 5FRY D3H8 4EB0 13411 . Fee Amount $176, Filed by Creditor AMERICAN HONDA FINANCE CORPORATION). (Frounjian, Vincent) (Entered: 06/15/2015) |
| 06/30/2015 | 101 (5 pgs) | Notice of lodgment Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (RE: related document(s)95 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2014 ACURA MDX, V.I.N.: 5FRY D3H8 4EB0 13411 . Fee Amount $176,). (Jones, Michael) (Entered: |

| | | |
|---|---|---|
| | | 06/30/2015) |
| 06/30/2015 | 102 | Hearing Held - Denied; Order by attorney (RE: related document(s)95 Motion for Relief from Stay - Personal Property filed by Creditor AMERICAN HONDA FINANCE CORPORATION) (Mccall, Audrey) (Entered: 07/01/2015) |
| 07/31/2015 | 103 (37 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 5371 Strasbourg Avenue, Irvine, CA 92604 . Fee Amount $176, Filed by Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc., it's successors and/or assigns (Glowin, Nichole) (Entered: 07/31/2015) |
| 07/31/2015 | | Receipt of Motion for Relief from Stay - Real Property(8:14-bk-17399-CB) [motion,mrrp] ( 176.00) Filing Fee. Receipt number 40499257. Fee amount 176.00. (re: Doc# 103) (U.S. Treasury) (Entered: 07/31/2015) |
| 07/31/2015 | 104 | Hearing Set (RE: related document(s)103 Motion for Relief from Stay - Real Property filed by Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc., it's successors and/or assigns) The Hearing date is set for 9/1/2015 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Mccall, Audrey) (Entered: 07/31/2015) |
| 08/11/2015 | 105 (5 pgs) | Notice of Change of Address Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy. (Jones, Michael) Warning: Item subsequently amended by docket entry no: 106 Modified on 8/11/2015 (Le, James). (Entered: 08/11/2015) |
| 08/11/2015 | 106 | Notice to Filer of Error and/or Deficient Document **Document filed without electronic /s/ or holographic signature and/or was not accompanied by the required Local Bankruptcy form Electronic Filing Declaration. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES.** (RE: related document(s)105 Notice of Change of Address filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Le, James) (Entered: 08/11/2015) |
| 08/12/2015 | 107 (22 pgs) | Motion to Approve Compromise Under Rule 9019 *Trustees Motion for Order Approving Compromise of Controversy Between Trustee and Debtors; Memorandum of Points and Authorities; and Declaration of Richard A. Marshack in Support with Proof of* |

| | | |
|---|---|---|
| | | *Service* Filed by Trustee Richard A Marshack (TR) (Teesdale, Ashley) (Entered: 08/12/2015) |
| 08/12/2015 | **108** (5 pgs) | Notice of Hearing *Notice of Trustees Motion for Order Approving Compromise of Controversy Between Trustee and Debtors with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)107 Motion to Approve Compromise Under Rule 9019 *Trustees Motion for Order Approving Compromise of Controversy Between Trustee and Debtors; Memorandum of Points and Authorities; and Declaration of Richard A. Marshack in Support with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Teesdale, Ashley) (Entered: 08/12/2015) |
| 08/12/2015 | 109 | Hearing Set (RE: related document(s)107 Motion to Approve Compromise Under Rule 9019 filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 9/8/2015 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 08/13/2015) |
| 08/13/2015 | **110** (5 pgs) | Notice of Change of Address - *resubmitted with signatures* Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy. (Jones, Michael) (Entered: 08/13/2015) |
| 08/14/2015 | **111** (5 pgs) | Withdrawal re: *Motion for Relief From Stay* Filed by Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc., it's successors and/or assigns (RE: related document(s)103 Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 5371 Strasbourg Avenue, Irvine, CA 92604 . Fee Amount $176,). (Glowin, Nichole) (Entered: 08/14/2015) |
| 08/18/2015 | **112** (19 pgs) | Application to Employ Clarence Yoshikane of BHHS / Berkshire Hathaway HomeServices as Real Estate Agent *Declaration of Clarence Yoshikane in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 08/18/2015) |
| 08/18/2015 | **113** (6 pgs) | Notice of motion/application *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)112 Application to Employ Clarence Yoshikane of BHHS / Berkshire Hathaway HomeServices as Real Estate Agent *Declaration of Clarence Yoshikane in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard)). (Marshack (TR), Richard) (Entered: 08/18/2015) |

Exhibit "1"
Page 29

| | | |
|---|---|---|
| 09/01/2015 | 114 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Weisman, Gilbert. (Weisman, Gilbert) (Entered: 09/01/2015) |
| 09/01/2015 | 115 | Hearing Held - OFF CALENDAR; Notice of withdrawal of motion filed 8/14/15 (RE: related document(s)103 Motion for Relief from Stay - Real Property filed by Creditor Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), Creditor c/o Seterus, Inc., it's successors and/or assigns) (Firman, Karen) (Entered: 09/02/2015) |
| 09/05/2015 | 116 (31 pgs) | Declaration re: non opposition *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)112 Application to Employ Clarence Yoshikane of BHHS / Berkshire Hathaway HomeServices as Real Estate Agent *Declaration of Clarence Yoshikane in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 09/05/2015) |
| 09/08/2015 | 117 | Hearing Continued (RE: related document(s)107 Motion to Approve Compromise Under Rule 9019 filed by Trustee Richard A Marshack (TR) The Hearing date is set for 10/13/2015 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 09/09/2015) |
| 09/16/2015 | 118 (1 pg) | Order granting application by Chapter 7 Trustee to employ real estate agent (BNC-PDF) (Related Doc # 112) Signed on 9/16/2015. (Firman, Karen) (Entered: 09/16/2015) |
| 09/18/2015 | 119 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)118 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 09/18/2015. (Admin.) (Entered: 09/18/2015) |
| 10/08/2015 | 120 (4 pgs) | Withdrawal re: *Notice of Voluntary Withdrawal of Trustee's Motion for Order Approving Compromise of Controversy Between Trustee and Debtors with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)107 Motion to Approve Compromise Under Rule 9019 *Trustees Motion for Order Approving Compromise of Controversy Between Trustee and Debtors; Memorandum of Points and Authorities; and Declaration of Richard A. Marshack in Support with Proof of Service*). (Teesdale, Ashley) (Entered: 10/08/2015) |
| 10/12/2015 | 121 (1 pg) | Transcript Order Form, regarding Hearing Date 09/08/2015 Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy. (Lally, David) (Entered: 10/12/2015) |

Exhibit "1"
Page 30

| | | | |
|---|---|---|---|
| 10/13/2015 | 123 | Hearing Held - OFF CALENDAR; Notice of voluntary withdrawal of motion filed 10/8/15 (RE: related document(s)107 Motion to Approve Compromise Under Rule 9019 filed by Trustee Richard A Marshack (TR)) (Firman, Karen) (Entered: 10/15/2015) |
| 10/14/2015 | 122 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 15-CB-94. RE Hearing Date: 09/08/15, [TRANSCRIPTION SERVICE PROVIDER: J & J Court Transcribers, Telephone number 609-586-2311.] (RE: related document(s)121 Transcript Order Form (Public Request) filed by Debtor Ilangovan Kuppusamy, Joint Debtor Ranjani Ilangovan Krishnan) (Gonsales, Otoniel) (Entered: 10/14/2015) |
| 10/29/2015 | 124 (16 pgs) | Transcript regarding Hearing Held 09/08/15 RE: TRUSTEES MOTION. Remote electronic access to the transcript is restricted until 01/27/2016. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: J&J Court Transcribers, Telephone number 609-586-2311.] (RE: related document(s) 121 Transcript Order Form, regarding Hearing Date 09/08/2015 Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy.). Notice of Intent to Request Redaction Deadline Due By 11/5/2015. Redaction Request Due By 11/19/2015. Redacted Transcript Submission Due By 11/30/2015. Transcript access will be restricted through 01/27/2016. (Bowen, James) (Entered: 10/29/2015) |
| 02/02/2016 | 125 (82 pgs) | Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Trustee's Motion For Order (1) Authorizing Sale Of Real Property: (A) Outside The Ordinary Course Of Business; (B) Free And Clear Of Liens;(C) Subject To Overbid; And (D) For Determination Of Good Faith Purchasers Under § 363(M); And (2) Determining That Debtors Are Not Entitled To Any Homestead Exemption; Declarations Of Richard A. Marshack And Clarence Yoshikane; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Hays, D) (Entered: 02/02/2016) |
| 02/02/2016 | 126 (11 pgs) | Notice of Hearing *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)125 Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Trustee's Motion For Order (1) Authorizing Sale Of Real Property: (A) Outside The Ordinary Course Of Business; (B) Free And Clear Of Liens;(C) Subject To Overbid; And (D) For Determination Of Good Faith Purchasers Under § 363(M); And (2) Determining That Debtors Are Not Entitled To Any Homestead Exemption;* |

| | | |
|---|---|---|
| | | *Declarations Of Richard A. Marshack And Clarence Yoshikane; with Proof of Service* Filed by Trustee Richard A Marshack (TR)). (Teesdale, Ashley) (Entered: 02/02/2016) |
| 02/02/2016 | 127 (4 pgs) | Notice of sale of estate property (LBR 6004-2) Real Property located at 5371 Strasbourg, Irvine, CA Filed by Trustee Richard A Marshack (TR). (Teesdale, Ashley) (Entered: 02/02/2016) |
| 02/02/2016 | 128 | Hearing Set (RE: related document(s)125 Motion to Sale of Property of the Estate under Section 363(b) - No Fee filed by Trustee Richard A Marshack (TR)) The Hearing date is set for 2/23/2016 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 02/03/2016) |
| 02/09/2016 | 129 (4 pgs) | Declaration re: *Declaration of Justin Michael Lee in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)125 Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Trustee's Motion For Order (1) Authorizing Sale Of Real Property: (A) Outside The Ordinary Course Of Business; (B) Free And Clear Of Liens;(C) Subject To Overbid; And (D) Fo).* (Teesdale, Ashley) (Entered: 02/09/2016) |
| 02/09/2016 | 130 (4 pgs) | Declaration re: *Declaration of Pornsavan Eamranond in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)125 Motion For Sale of Property of the Estate under Section 363(b) - No Fee *Trustee's Motion For Order (1) Authorizing Sale Of Real Property: (A) Outside The Ordinary Course Of Business; (B) Free And Clear Of Liens;(C) Subject To Overbid; And (D) Fo).* (Teesdale, Ashley) (Entered: 02/09/2016) |
| 02/23/2016 | 131 | Hearing Held - MOTION GRANTED (RE: related document(s)125 Motion to Sale of Property of the Estate under Section 363(b) - No Fee filed by Trustee Richard A Marshack (TR)) (Firman, Karen) (Entered: 02/24/2016) |
| 03/09/2016 | 132 (21 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2014 ACURA MDX, V.I.N.: 5FRY D3H8 4EB0 13411 . Fee Amount $176, Filed by Creditor AMERICAN HONDA FINANCE CORPORATION (Frounjian, Vincent) (Entered: 03/09/2016) |
| 03/09/2016 | | Receipt of Motion for Relief from Stay - Personal Property(8:14-bk-17399-CB) [motion,nmpp] ( 176.00) Filing Fee. Receipt number 42015835. Fee amount 176.00. (re: Doc# 132) (U.S. Treasury) (Entered: 03/09/2016) |

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)       https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?126755341093424-L_1_0-1

| | | |
|---|---|---|
| 03/09/2016 | **133**<br>(3 pgs) | Order granting Chapter 7 Trustee's motion: (1) Authorizing sale of real property: (A) Outside the ordinary course of business; (B) Free and clear of liens; (C) Subject to overbids and (D) For determination of good faith purchaser under section 363(M); and (2) Determining Debtors are not entitled to any exemptions - (BNC-PDF) (Related Doc # 125 ) Signed on 3/9/2016 (Firman, Karen) (Entered: 03/09/2016) |
| 03/09/2016 | 134 | Hearing Set (RE: related document(s)132 Motion for Relief from Stay - Personal Property filed by Creditor AMERICAN HONDA FINANCE CORPORATION) The Hearing date is set for 4/5/2016 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 03/10/2016) |
| 03/10/2016 | | Receipt of Certification Fee - $22.00 by 08. Receipt Number 80065234. (admin) (Entered: 03/11/2016) |
| 03/11/2016 | **135**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)133 Order on Motion for Sale of Property under Section 363(b) (BNC-PDF)) No. of Notices: 1. Notice Date 03/11/2016. (Admin.) (Entered: 03/11/2016) |
| 03/22/2016 | **136**<br>(7 pgs) | Opposition to (related document(s): 132 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2014 ACURA MDX, V.I.N.: 5FRY D3H8 4EB0 13411 . Fee Amount $176, filed by Creditor AMERICAN HONDA FINANCE CORPORATION) - *Debtors' Opposition to Motion for Relief From The Automatic Stay* Filed by Joint Debtor Ranjani Ilangovan Krishnan, Debtor Ilangovan Kuppusamy (Tidd, Sara) (Entered: 03/22/2016) |
| 04/05/2016 | 138 | Hearing Held - Granted; Order by attorney (RE: related document(s)132 Motion for Relief from Stay - Personal Property filed by Creditor AMERICAN HONDA FINANCE CORPORATION) (Mccall, Audrey) (Entered: 04/06/2016) |
| 04/06/2016 | **137**<br>(3 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF) (Related Doc # 132 ) Signed on 4/6/2016 (Steinberg, Elizabeth) (Entered: 04/06/2016) |
| 04/08/2016 | **139**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)137 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 04/08/2016. (Admin.) (Entered: 04/08/2016) |

Exhibit "1"
Page 33

| | | |
|---|---|---|
| 04/25/2016 | 140<br>(10 pgs) | Application to Employ Hahn Fife & Company LLP as Tax Preparer *Trustee's Notice of Motion and Motion to Employ and Pay Tax Preparer; Declaration of Donald T. Fife in support; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (Marshack (TR), Richard) (Entered: 04/25/2016) |
| 05/14/2016 | 141<br>(15 pgs) | Declaration re: non opposition *with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)140 Application to Employ Hahn Fife & Company LLP as Tax Preparer *Trustee's Notice of Motion and Motion to Employ and Pay Tax Preparer; Declaration of Donald T. Fife in support; with Proof of Service*). (Marshack (TR), Richard) (Entered: 05/14/2016) |
| 05/17/2016 | 142<br>(2 pgs) | Order on Trustee's motion under LBR 2016-2 for authorization to employ paraprofessionals and/or authorization to pay flat fee to tax preparer (BNC-PDF) (Related Doc # 140) Signed on 5/17/2016. (Firman, Karen) (Entered: 05/17/2016) |
| 05/19/2016 | 143<br>(3 pgs) | Notice to professionals to file application for compensation *with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Marshack (TR), Richard) (Entered: 05/19/2016) |
| 05/19/2016 | 144<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)142 Order on Application to Employ (BNC-PDF)) No. of Notices: 1. Notice Date 05/19/2016. (Admin.) (Entered: 05/19/2016) |
| 05/20/2016 | 145<br>(1 pg) | Notice to Pay Court Costs Due Sent To: Richard A. Marshack, Chapter 7 Trustee, Total Amount Due $700.00 . (Firman, Karen) (Entered: 05/20/2016) |
| 05/22/2016 | 146<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)145 Notice to Pay Court Costs Due (BNC Option)) No. of Notices: 1. Notice Date 05/22/2016. (Admin.) (Entered: 05/22/2016) |
| 05/31/2016 | 147<br>(3 pgs) | Withdrawal re: *Notice to Professionals; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)143 Notice to professionals to file application for compensation). (Marshack (TR), Richard) (Entered: 05/31/2016) |
| 06/03/2016 | 148<br>(104 pgs) | Application for Compensation *First Interim; Declaration of Ashley M. Teesdale in support; with Proof of Service* for Marshack Hays LLP, Trustee's Attorney, Period: 1/21/2015 to 4/30/2016, Fee: $113,116.00, Expenses: $3,745.04. Filed by Attorney Marshack Hays LLP (Teesdale, Ashley) (Entered: 06/03/2016) |

Exhibit "1"
Page 34

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?126755341093424-L_1_0-1

| | | |
|---|---|---|
| 06/03/2016 | 149<br>(7 pgs) | Notice of Hearing *with Proof of Service* Filed by Attorney Marshack Hays LLP (RE: related document(s)148 Application for Compensation *First Interim; Declaration of Ashley M. Teesdale in support; with Proof of Service* for Marshack Hays LLP, Trustee's Attorney, Period: 1/21/2015 to 4/30/2016, Fee: $113,116.00, Expenses: $3,745.04. Filed by Attorney Marshack Hays LLP). (Teesdale, Ashley) (Entered: 06/03/2016) |
| 06/06/2016 | 150 | Hearing Set (RE: related document(s)148 Application for Compensation filed by Attorney Marshack Hays LLP) The Hearing date is set for 6/28/2016 at 02:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 06/06/2016) |
| 06/08/2016 | 151<br>(4 pgs) | Declaration re: *Declaration of Trustee in support of Fee Application; with Proof of Service* Filed by Trustee Richard A Marshack (TR) (RE: related document(s)148 Application for Compensation *First Interim; Declaration of Ashley M. Teesdale in support; with Proof of Service* for Marshack Hays LLP, Trustee's Attorney, Period: 1/21/2015 to 4/30/2016, Fee: $113,116.00, Expenses: $3,745.04.). (Marshack (TR), Richard) (Entered: 06/08/2016) |
| 06/28/2016 | 152 | Hearing Held - Granted; Order by attorney (RE: related document(s)148 Application for Compensation filed by Attorney Marshack Hays LLP) (Mccall, Audrey) (Entered: 06/29/2016) |
| 06/30/2016 | 153<br>(2 pgs) | Order Granting Application For Compensation (BNC-PDF) (Related Doc # 148) for Marshack Hays LLP, fees awarded: $107,154.00, expenses awarded: $3,745.04 Signed on 6/30/2016. (Firman, Karen) (Entered: 06/30/2016) |
| 07/02/2016 | 154<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)153 Order on Application for Compensation (BNC-PDF)) No. of Notices: 1. Notice Date 07/02/2016. (Admin.) (Entered: 07/02/2016) |
| 07/21/2016 | 155<br>(2 pgs) | JUDGMENT - For Denial of Discharge [Original entered in Adversary 8:15-ap-01127 CB] (BNC-PDF) Signed on 7/21/2016. (Firman, Karen) (Entered: 07/21/2016) |
| 07/21/2016 | 156<br>(1 pg) | Notice of order denying discharge (BNC) (Firman, Karen) (Entered: 07/21/2016) |
| 07/23/2016 | 157<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)155 JUDGMENT (BNC-PDF)) No. of Notices: 1. |

Exhibit "1"
Page 35

| | | Notice Date 07/23/2016. (Admin.) (Entered: 07/23/2016) |
|---|---|---|
| 07/23/2016 | 158 (3 pgs) | BNC Certificate of Notice (RE: related document(s)156 Notice of order denying discharge (BNC)) No. of Notices: 32. Notice Date 07/23/2016. (Admin.) (Entered: 07/23/2016) |
| 10/10/2016 | 159 (21 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2013 ACURA ILX, V.I.N.: 19VD E3F7 2DE3 01643 . Fee Amount $176, Filed by Creditor AMERICAN HONDA FINANCE CORPORATION (Frounjian, Vincent) (Entered: 10/10/2016) |
| 10/10/2016 | | Receipt of Motion for Relief from Stay - Personal Property(8:14-bk-17399-CB) [motion,nmpp] ( 176.00) Filing Fee. Receipt number 43463421. Fee amount 176.00. (re: Doc# 159) (U.S. Treasury) (Entered: 10/10/2016) |
| 10/11/2016 | 160 | Hearing Set (RE: related document(s)159 Motion for Relief from Stay - Personal Property filed by Creditor AMERICAN HONDA FINANCE CORPORATION) The Hearing date is set for 11/8/2016 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 10/11/2016) |
| 11/08/2016 | 161 | Hearing Continued (RE: related document(s)159 Motion for Relief from Stay - Personal Property filed by Creditor AMERICAN HONDA FINANCE CORPORATION) The Hearing date is set for 11/29/2016 at 10:00 AM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Firman, Karen) (Entered: 11/09/2016) |
| 11/23/2016 | 162 (5 pgs) | Declaration re: *VINCENT V. FROUNJIAN, ESQ. IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY* Filed by Creditor AMERICAN HONDA FINANCE CORPORATION (RE: related document(s)159 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2013 ACURA ILX, V.I.N.: 19VD E3F7 2DE3 01643 . Fee Amount $176,). (Frounjian, Vincent) (Entered: 11/23/2016) |
| 11/29/2016 | 163 | Hearing Held - MOTION GRANTED; Order by attorney (RE: related document(s)159 Motion for Relief from Stay - Personal Property filed by Creditor AMERICAN HONDA FINANCE CORPORATION) (Firman, Karen) (Entered: 11/30/2016) |

Exhibit "1"
Page 36

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?126755341093424-L_1_0-1

| 11/30/2016 | 164 (3 pgs) | Order Granting Motion for relief from the automatic stay with American Honda Finance Corporation re: PERSONAL PROPERTY (BNC-PDF) (Related Doc # 159 ) Signed on 11/30/2016 (Firman, Karen) (Entered: 11/30/2016) |
| 12/02/2016 | 165 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)164 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 12/02/2016. (Admin.) (Entered: 12/02/2016) |
| 01/18/2017 | 166 (4 pgs) | Notice *of Increased Hourly Rates Charged by Marshack Hays LLP; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Hays, D) (Entered: 01/18/2017) |
| 02/22/2017 | 167 (3 pgs) | Substitution of attorney *and Disassociation of Counsel; with Proof of Service* Filed by Trustee Richard A Marshack (TR). (Hays, D) (Entered: 02/22/2017) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/03/2017 13:59:29 | | |
| **PACER Login:** mh4052870:3453976:0 | **Client Code:** Placey | |
| **Description:** Docket Report | **Search Criteria:** | 8:14-bk-17399-CB Fil or Ent: filed From: 5/5/2001 To: 8/3/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** 17 | **Cost:** 1.70 | |

Exhibit "1"
Page 37

# EXHIBIT "2"

# Central District of California
# Claims Register

### 8:14-bk-17399-CB Ilangovan Kuppusamy and Ranjani Ilangovan Krishnan

**Judge:** Catherine E. Bauer      **Chapter:** 7

**Office:** Santa Ana      **Last Date to file claims:** 05/04/2015

**Trustee:** Richard A Marshack (TR)      **Last Date to file (Govt):** 06/24/2015

| Creditor: (35933106)   History<br>Fremery Holdings Limited<br>Rm 809 North Tower<br>Concordia Plaza<br>1 Science Museum Road, TST East<br>Kowloon, HongKong | Claim No: 1<br>*Original Filed<br>Date:* 03/23/2015<br>*Original Entered<br>Date:* 03/24/2015<br>*Last Amendment<br>Filed:* 05/08/2015<br>*Last Amendment<br>Entered:* 05/11/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Denise Bustillos<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $1800000.00 | | |
|---|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 1-1 | 03/23/2015 | Claim #1 filed by Fremery Holdings Limited, Amount claimed: $1800000.00 (Bustillos, Denise ) |
| Details | 1-2 | 05/08/2015 | Amended Claim #1 filed by Fremery Holdings Limited, Amount claimed: $1800000.00 (Bustillos, Denise ) |

| Description: |
|---|
| Remarks: |

| Creditor: (36235989)<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim No: 2<br>*Original Filed<br>Date:* 04/30/2015<br>*Original Entered<br>Date:* 04/30/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Susan Gaines<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $10817.37 | | |
|---|---|---|---|---|
| Secured | claimed: | $0.00 | | |

| History: | | | |
|---|---|---|---|
| Details | 2-1 | 04/30/2015 | Claim #2 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $10817.37 (Gaines, Susan ) |

| Description: |
|---|
| Remarks: |

| Creditor: (36056462)   History<br>Venkataramana R Janapati<br>c/o Greenbaum Law Group LLP<br>840 Newport Center Dr Ste 720<br>Newport Beach CA 92660 | Claim No: 3<br>*Original Filed<br>Date:* 05/01/2015<br>*Original Entered<br>Date:* 05/04/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Denise Bustillos<br>*Modified:* |
|---|---|---|

Exhibit "2"
Page 38

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/SearchClaims.pl?86497172691991...

| Amount | claimed: | $87333.33 | | |
| --- | --- | --- | --- | --- |

| History: | | | |
| --- | --- | --- | --- |
| Details | 3-1 | 05/01/2015 | Claim #3 filed by Venkataramana R Janapati, Amount claimed: $87333.33 (Bustillos, Denise ) |
| Description: | | | |
| Remarks: | | | |

| Creditor:     (35916929) | Claim No: 4 | Status: |
| --- | --- | --- |
| Trasteel Belgium Societe Anonyme | *Original Filed* | *Filed by:* CR |
| Boulevard du Souverain 90 | *Date:* 05/04/2015 | *Entered by:* Mike D Neue |
| 1170 Bruxelles, Belgium | *Original Entered* | *Modified:* |
| | *Date:* 05/04/2015 | |

| Amount | claimed: | $14583693.19 | | |
| --- | --- | --- | --- | --- |

| History: | | | |
| --- | --- | --- | --- |
| Details | 4-1 | 05/04/2015 | Claim #4 filed by Trasteel Belgium Societe Anonyme, Amount claimed: $14583693.19 (Neue, Mike) |
| Description: (4-1) See attached addendum to proof of claim | | | |
| Remarks: | | | |

| Creditor:     (35916930) | Claim No: 5 | Status: |
| --- | --- | --- |
| Belgiron SA | *Original Filed* | *Filed by:* CR |
| Avenue de Petit-Rouelx 1 | *Date:* 05/04/2015 | *Entered by:* Mike D Neue |
| 7181 Arquennes, Belgium | *Original Entered* | *Modified:* |
| | *Date:* 05/04/2015 | |

| Amount | claimed: | $14583693.19 | | |
| --- | --- | --- | --- | --- |

| History: | | | |
| --- | --- | --- | --- |
| Details | 5-1 | 05/04/2015 | Claim #5 filed by Belgiron SA, Amount claimed: $14583693.19 (Neue, Mike ) |
| Description: (5-1) See attached addendum to proof of claim | | | |
| Remarks: | | | |

| Creditor:     (35916931) | Claim No: 6 | Status: |
| --- | --- | --- |
| Trasteel International SA | *Original Filed* | *Filed by:* CR |
| Via Pelli 12 | *Date:* 05/04/2015 | *Entered by:* Mike D Neue |
| 6900 Lugano, Switzerland | *Original Entered* | *Modified:* |
| | *Date:* 05/04/2015 | |

| Amount | claimed: | $14583693.19 | | |
| --- | --- | --- | --- | --- |

| History: | | | |
| --- | --- | --- | --- |
| Details | 6-1 | 05/04/2015 | Claim #6 filed by Trasteel International SA, Amount claimed: $14583693.19 (Neue, Mike) |
| Description: (6-1) See addendum attached to proof of claim | | | |
| Remarks: | | | |

Exhibit "2"
Page 39

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/SearchClaims.pl?86497172691991...

| Creditor:        (35916924)<br>Presley O Reed<br>375 Bellevue Drive<br>Boulder, CO 80302 | **Claim No: 7**<br>*Original Filed*<br>*Date:* 05/04/2015<br>*Original Entered*<br>*Date:* 05/04/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mike D Neue<br>*Modified:* |
|---|---|---|

Amount claimed: $9625000.00

*History:*

| Details | | 7-1 | 05/04/2015 | Claim #7 filed by Presley O Reed, Amount claimed: $9625000.00 (Neue, Mike ) |
|---|---|---|---|---|

*Description:* (7-1) See addendum attached to proof of claim

*Remarks:*

| Creditor:        (35916925)<br>Patricia Stacey Reed<br>375 Bellevue Drive<br>Boulder, CO 80302 | **Claim No: 8**<br>*Original Filed*<br>*Date:* 05/04/2015<br>*Original Entered*<br>*Date:* 05/04/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mike D Neue<br>*Modified:* |
|---|---|---|

Amount claimed: $9625000.00

*History:*

| Details | | 8-1 | 05/04/2015 | Claim #8 filed by Patricia Stacey Reed, Amount claimed: $9625000.00 (Neue, Mike ) |
|---|---|---|---|---|

*Description:* (8-1) See addendum attached to proof of claim

*Remarks:*

| Creditor:        (35916926)<br>KMP Mining, LLC<br>375 Bellevue Drive<br>Boulder, CO 80302 | **Claim No: 9**<br>*Original Filed*<br>*Date:* 05/04/2015<br>*Original Entered*<br>*Date:* 05/04/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mike D Neue<br>*Modified:* |
|---|---|---|

Amount claimed: $9625000.00

*History:*

| Details | | 9-1 | 05/04/2015 | Claim #9 filed by KMP Mining, LLC, Amount claimed: $9625000.00 (Neue, Mike ) |
|---|---|---|---|---|

*Description:* (9-1) See addendum attached to proof of claim

*Remarks:*

| Creditor:        (35916927)<br>KMP Mexico, LLC<br>375 Bellevue Drive<br>Boulder, CO 80302 | **Claim No: 10**<br>*Original Filed*<br>*Date:* 05/04/2015<br>*Original Entered*<br>*Date:* 05/04/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Mike D Neue<br>*Modified:* |
|---|---|---|

*History:*

| Details | | 10-1 | 05/04/2015 | Claim #10 filed by KMP Mexico, LLC, Amount claimed: $9625000.00 (Neue, Mike ) |
|---|---|---|---|---|

*Description:* (10-1) See addendum attached to proof of claim

*Remarks:*

8/3/17, 2:01 PM

| Amount | claimed: | $9625000.00 | | |
|---|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 05/04/2015 | Claim #10 filed by KMP Mexico, LLC, Amount claimed: $9625000.00 (Neue, Mike ) |

Description: (10-1) See addendum attached to proof of claim

Remarks:

| Creditor: (36261832)<br>Morgan W. Callanan<br>533 Avenida Aguila<br>San Marcos, CA 92064 | Claim No: 11<br>Original Filed<br>Date: 05/04/2015<br>Original Entered<br>Date: 05/06/2015<br>Last Amendment<br>Filed: 09/06/2016<br>Last Amendment<br>Entered: 09/07/2016 | Status:<br>Filed by: CR<br>Entered by: Audrey Mccall<br>Modified: |
|---|---|---|

| Amount | claimed: | $60250.00 | | |
|---|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 11-1 | 05/04/2015 | Claim #11 filed by Morgan W. Callanan, Amount claimed: $50000.00 (Bustillos, Denise ) |
| Details | 11-2 | 09/06/2016 | Amended Claim #11 filed by Morgan W. Callanan, Amount claimed: $60250.00 (Mccall, Audrey ) |

Description: (11-2) amended

Remarks:

| Creditor: (36555856)<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim No: 12<br>Original Filed<br>Date: 09/03/2015<br>Original Entered<br>Date: 09/03/2015 | Status:<br>Filed by: CR<br>Entered by: Lynn Brown<br>Modified: |
|---|---|---|

| Amount | claimed: | $17708.68 | | |
|---|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 12-1 | 09/03/2015 | Claim #12 filed by American Express Bank, FSB, Amount claimed: $17708.68 (Brown, Lynn ) |

Description: (12-1) CREDIT CARD DEBT

Remarks:

## Claims Register Summary

**Case Name:** Ilangovan Kuppusamy and Ranjani Ilangovan Krishnan
**Case Number:** 8:14-bk-17399-CB
**Chapter:** 7
**Date Filed:** 12/26/2014
**Total Number Of Claims:** 12

| Total Amount Claimed* | $84227188.95 |
|---|---|

Exhibit "2"
Page 41

CM/ECF - U.S. Bankruptcy Court (v5.1 - LIVE)                    https://ecf.cacb.uscourts.gov/cgi-bin/SearchClaims.pl?86497172691991...

| Total Amount Allowed* | |
|---|---|

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/03/2017 14:02:08 | | | |
| PACER Login: | mh4052870:3453976:0 | Client Code: | Placey |
| Description: | Claims Register | Search Criteria: | 8:14-bk-17399-CB Creditor Type: cr Filed or Entered From: 7/14/2002 Filed or Entered To: 1/2/2018 |
| Billable Pages: | 2 | Cost: | 0.20 |

Exhibit "2"
Page 42

# EXHIBIT "3"

## Settlement Agreement and Release

This SETTLEMENT AGREEMENT AND LIMITED RELEASE ("Agreement") is entered into as of June ___, 2017, by and between RICHARD A. MARSHACK, Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Ilangovan Kuppusamy and Ranjani Ilangovan Kuppusamy (collectively, Debtors"), the Debtors, and TRASTEEL BELGIUM SOCIETE ANONYME ("TBSA"), BELGIRON SA ("Belgiron"), TRASTEEL INTERNATIONAL SA ("TISA"), PRESLEY O. REED ("Mr. Reed"), PATRICIA S. REED ("Ms. Reed," and together with Mr. Reed, the "Reeds"), KMP MINING, LLC ("KMP Mining"), and KMP MEXICO, LLC ("KMP Mexico," and together with TBSA, Belgiron, TISA, the Reeds, and KMP Mining, the "Claimants") (the Trustee, the Debtors, and the Claimants collectively, "Parties"), as follows:

## Recitals

A.    On December 26, 2014, Debtors filed a voluntary petition under Chapter 7 of Title 11 of the United States Code ("Petition Date").

B.    Richard A. Marshack is the duly appointed and acting Chapter 7 Trustee.

C.    The Court set a claims bar date of May 4, 2015 ("Bar Date").

D.    Eleven (11) claims were filed on or before the Bar Date totaling $84,209,480.27, and include the following:

1. On May 4, 2015, TBSA filed Proof of Claim No. 4-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 4-1").

2. On May 4, 2015, Belgiron filed Proof of Claim No. 5-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 5-1").

3. On May 4, 2015, TISA filed Proof of Claim No. 6-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 6-1").

4. On May 4, 2015, Mr. Reed filed Proof of Claim No. 7-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 7-1").

5. On May 4, 2015, Ms. Reed filed Proof of Claim No. 8-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 8-1").

6. On May 4, 2015, KMP Mining filed Proof of Claim No. 9-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 9-1").

7. On May 4, 2015, KMP Mexico filed Proof of Claim No. 10-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 10-1," and together with Claim No. 3-1, Claim No. 4-1, Claim No. 5-1, Claim No. 6-1, Claim No. 7-1, Claim No. 8-1, and Claim No. 9-1, the "Claims").

279397v1/1015-082.1

E.      One (1) claim was filed after the Bar Date totaling $17,708.68.

F.      The Claims represent approximately 98% of all timely filed claims against the Estate.

G.      Prior to the Petition Date, the Claimants filed an action against Debtors and IRK Internation S.A. de C.V. ("IRK") in United States District Court for the District of Colorado in Case No. 1:14-CV-02989-RPM. The Claimants alleged that they invested in, and agreed to purchase iron ore from, IRK in reliance on material misrepresentations made by Debtors to each of the Claimants beginning in late 2008 and continuing throughout 2010 ("Colorado Action"). Default was entered in favor of the Claimants and against Debtors.

H.      The Claims are based on the same allegation contained in the Colorado Action.

I.      Debtors deny that they have any liability on the Claims based on Colorado law and its applicable three-year statute of limitations regarding fraud claims.

J.      Claimants contend that Colorado's statute of limitations for fraud permits tolling under certain circumstances, including those applicable to this case because Debtors actively took steps to hide from Claimants by, among other things, ceasing all communications with Claimants and relocating their business from one country to another.

K.      On March 17, 2015, Trustee filed a complaint against Debtors for denial of their discharge under 11 U.S.C. § 727(a)(2), (a)(3), and (a)(4) ("Discharge Adversary").

L.      On July 21, 2016, Trustee and Debtors entered into a Stipulation resolving the Discharge Adversary, and a judgment denying Debtors' discharge was entered.

M.      Instead of litigating the Claims, the Trustee and Claimants have decided to resolve their dispute on the terms and conditions set forth below.

## Agreement

NOW, THEREFORE, in consideration of the foregoing Recitals and of the mutual agreements, covenants, and releases set forth herein, and for other good and valuable consideration, the sufficiency and adequacy of which is acknowledged by the Parties, the Parties agree as follows:

1.      **Incorporation of Recitals.** The foregoing Recitals are incorporated by reference as though set forth in full and are acknowledged by the Parties to be material representations which form the basis of this Agreement.

2.      **Rules of Construction.** Each Party acknowledges that it has participated in the drafting of this Agreement and reviewed the terms of the Agreement and, as such, no rule of

Page 2 of 8

279397v1/1015-082.1

construction shall apply in any interpretation of this Agreement which might result in this Agreement being construed in favor or against either of them, including without limitation, any rule of construction to the effect that ambiguities ought to be resolved against the drafting Party.

3.    **Settlement.** It is the intention of the Parties to compromise and fully resolve all issues, disputes, liabilities, and claims existing between them, including a dispute over the enforceability of the Claims. In furtherance of this objective, the Parties agree, subject to Court approval, as follows:

      a.   TBSA's Claim No. 4-1 shall be allowed in the amount of $14,583,693.19;

      b.   Belgiron's Claim No. 5-1 shall be allowed in the amount of $14,583,693.19;

      c.   TISA's Claim No. 6-1 shall be allowed in the amount of $14,583,693.19;

      d.   Mr. Reed's Claim No. 7-1 shall be allowed in the amount of $9,625,000.00;

      e.   Ms. Reed's Claim No. 8-1 shall be allowed in the amount of $9,625,000.00;

      f.   KMP Mining's Claim No. 9-1 shall be allowed in the amount of $9,625,000.00; and

      g.   KMP Mexico's Claim No. 10-1 shall be allowed in the amount of $9,625,000.00.

Notwithstanding the fact that the allowed Claims represent approximately 98% of all timely filed unsecured claims, the Parties agree that Claimants shall not receive 98% of the funds available to unsecured creditors. Instead, the pool of general unsecured creditors shall be divided into two groups: Claimants and all other creditors ("Other Creditors"), with each group receiving 50% of all funds available to pay general unsecured claims under 11 U.S.C. §726 (each 50%, a "Fund"). Claimants may divide their Fund amongst themselves as they see fit. Other Creditors shall divide their Fund *pro rata* amongst themselves based on the amounts owed to each by the Debtors.

4.    **Bankruptcy Court Approval Required.** The Parties acknowledge and agree that Bankruptcy Court approval of this Agreement is a necessary condition precedent to its effectiveness. The Trustee shall file and serve a noticed motion within fourteen days after execution of this Agreement seeking entry of an order approving this compromise pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

5.    **Capacity of Trustee.** Richard A. Marshack is signing this Agreement in his capacity solely as the Chapter 7 Trustee of the bankruptcy estate of Ilangovan Kuppusamy and Ranjani Ilangovan Kuppusamy. Nothing contained in this Agreement shall in any way impute liability to Richard A. Marshack personally or anyone acting on his behalf, including but not

279397v1/1015-082.1

Page 3 of 8

Exhibit "3"
Page 45

limited to counsel for the bankruptcy estate of Ilangovan Kuppusamy and Ranjani Ilangovan Kuppusamy, Marshack Hays LLP.

6.    **Releases**. The Parties have agreed to exchange mutual general releases:

a.  Release by Claimants. Except for the rights and obligations of the Estate created by this Agreement, Claimants, and each of them, hereby release, acquit, waive, and forever discharge the Debtors, the Trustee, the Estate, and the Estate's professionals, as well as their past and present directors, officers, shareholders, subsidiaries, parents, partners, members, affiliates, divisions, agents, servants, employees, attorneys, insurers, representatives, assigns, successors (whether by merger, consolidation, or operation of law), and predecessors in interest, if any, from any and all claims (as that term is defined in 11 U.S.C. §101(5), regardless of whether such claims are known or suspected, that arose or accrued on or before the date of the execution of this agreement. This release is intended to extinguish claims that would otherwise continue to exist in favor of Claimants and against Debtors as a result of the denial of Debtors' discharge under 11 U.S.C. §727.

b.  Release by the Estate. Except for the rights and obligations of the Claimants created by this Agreement, the Trustee, on behalf of the Estate, hereby releases, acquits, waives, and forever discharges the Claimants, as well as their past and present directors, officers, shareholders, subsidiaries, parents, partners, members, affiliates, divisions, agents, servants, employees, attorneys, insurers, representatives, assigns, successors (whether by merger, consolidation, or operation of law), and predecessors in interest, if any, from any and all claims (as that term is defined in 11 U.S.C. §101(5), regardless of whether such claims are known or suspected, that arose or accrued on or before the Petition Date.

c.  Release by the Debtors. Except for the rights and obligations of the Claimants and the Trustee created by this Agreement, the Debtors, and each of them, hereby release, acquit, waive, and forever discharge the Claimants, the Trustee, the Estate, and the Estate's Professionals, as well as their past and present directors, officers, shareholders, subsidiaries, parents, partners, members, affiliates, divisions, agents, servants, employees, attorneys, insurers, representatives, assigns, successors (whether by merger, consolidation, or operation of law), and predecessors in interest, if any, from any and all claims (as that term is defined in 11 U.S.C. §101(5), regardless of whether such claims are known or suspected, that arose or accrued on or before the date of the execution of this agreement.

7.    **Civil Code Waiver**. Each Party to this Agreement realizes that there may exist at this time claims and/or causes of action herein released that are not known to the party releasing the same or the nature of which has not yet been discovered. It is expressly understood and agreed by all Parties that the possibility that such claims and/or causes of action may exist has been explicitly taken into account by them in determining the consideration to be given by the Parties to this Agreement. Accordingly, the Parties hereby specifically waive to the fullest extent permitted by law the provisions of California Civil Code § 1542, which provides as follows:

279397v1/1015-082.1

Page 4 of 8

Exhibit "3"
Page 46

"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH A CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

8.    Reliance. The Parties, and each of them, understand the meaning of this Agreement and expressly consent that this Agreement shall be given full force and effect according to each and all of its express terms and provisions. The Parties acknowledge that they have relied solely upon their own judgment, belief, and knowledge of the existence, nature, and extent of each claim, demand, or claim for relief that each Party may have against each other, and that each such Party has not been influenced to any extent in entering into this Agreement by any representation or statement regarding such claim, demand, or claim of relief made by any other Party hereto. The Parties have done such investigation of the facts pertaining to the releases contained herein as they deem necessary. This Agreement has been carefully read by each of the Parties and the contents thereof are known and understood by each of the Parties. This Agreement is signed freely by each Party executing it.

9.    General Provisions.

a.    Severability. If any portion of this Agreement is declared by a court of competent jurisdiction to be invalid or unenforceable, such portion shall be deemed severed from the Agreement, and the remaining parts shall remain in full force and effect as if no such invalid or unenforceable provision had been a part of the Agreement and, to the extent necessary, this Agreement shall be modified by such Court to fully implement the rights and duties of the Parties set forth herein.

b.    Voluntary Nature. The Parties acknowledge that they have entered into this Agreement voluntarily, on the basis of their own judgment and without coercion, duress or undue influence of any Party, and not in reliance on any promises, representations, or statements made by the other Parties other than those contained in this Agreement. Each of the Parties hereto expressly waives any right it might ever have to claim that this Agreement was in any way induced by fraud.

c.    Informed Consent. Each Party to this Agreement acknowledges being represented by independent counsel of its own choice throughout all negotiations which proceeded the execution of this Agreement, and that such Party has read this entire Agreement, and been advised by such independent counsel as to the meaning of this Agreement and its legal effect, and executed it after due consideration of the advice of said independent counsel.

d.    Further Documents. The Parties agree to execute further documents as required to further the objectives of this Agreement.

279197v1/1015-082.1

Page 5 of 8

e.      **Headings.** The paragraph headings contained in this Agreement are for convenience only and shall not be considered for any purpose in construing this Agreement.

f.      **Entire Agreement.** The Parties to this Agreement represent and warrant that they have read this Agreement in its entirety, that they fully understand their rights and obligations under this Agreement, that they have executed this Agreement freely and voluntarily, that this Agreement constitutes the entire understanding and agreement between the Parties with respect to the matters referred to herein, and that there are no other representations, covenants, or other prior or contemporaneous agreements which are not specifically incorporated herein.

g.      **Binding Agreement.** This Agreement shall be binding upon and for the benefit of the Parties and their respective successors, devisees, executors, affiliates, representatives, assigns, officers, directors, partners, agents, and employees.

h.      **Governing Law.** This Agreement shall be governed and construed in accordance with the laws of the State of California applicable to contracts made and is to be performed entirely within such state. In the event of any dispute, the United States Bankruptcy Court for the Central District of California, Santa Ana Division shall be the exclusive forum to resolve such dispute.

i.      **Attorney's Fees and Costs.** All Parties shall each bear the cost of their own respective attorneys' fees and costs incurred in connection with the Action and the negotiation and documentation of the settlement and compromise represented by this Agreement.

j.      **Representation as to Authority to Enter Agreement.** Each Party represents and warrants that it has authority to enter into this Agreement and agree to the terms and conditions set forth herein.

k.      **Time is of the Essence.** Time is of the essence as to each and every term of this Agreement.

l.      **Notices.** Any notices or demands of any kind that any Party is required or desires to give or make upon the Parties and legal counsel in connection with this Agreement shall be in writing and shall be deemed to be delivered as of the date sent if via facsimile and/or email; provided that it is also served by United States first-class mail, postage prepaid, with all such notices being addressed to the other Parties and their legal representatives at the addresses set forth below their respective signature blocks.

m.      **Amendments.** Any amendment, modification or other change to this Agreement must be in writing and signed by the duly authorized representative of all Parties and must expressly state the intent of the parties to amend, modify or otherwise change this Agreement.

/ / /

/ / /

279397v1/1015-082.1

Page 6 of 8

n.    **Counterparts.** This Agreement may be executed in counterparts and by facsimile signature with the same force and effect as if all original signatures were set forth in a single document. This Agreement shall not be binding until signed by both Parties.

IN WITNESS WHEREOF, the parties hereto hereby execute this Agreement as of the day and year first written above.

DATED: ~~June~~ Aug 3, 2017

By: _____
RICHARD A. MARSHACK
Chapter 7 Trustee for the Bankruptcy Estate of
ILANGOVAN KUPPUSAMY and
RANJANI ILANGOVAN KRISHNAN

DATED: June ___, 2017

By: _____
ILANGOVAN KUPPUSAMY

DATED: June ___, 2017

By: _____
RANJANI ILANGOVAN KRISHNAN

DATED: June _2_, 2017

TRASTEEL BELGIUM SOCIETE ANONYME

By: _____
Its: _____

DATED: June _2_, 2017

BELGIRON SA

By: _____
Its: _____

DATED: June _2_, 2017

TRASTEEL INTERNATIONAL SA

By: _____
Its: _____

DATED: June ___, 2017

By: __See next page for signature___
PRESLEY O. REED

DATED: June ___, 2017

By: __See next page for signature.___
PATRICIA S. REED

[SIGNATURES CONTINUE ON THE FOLLOWING PAGE]

Page 7 of 8

Exhibit "3"
Page 49

n.    **Counterparts.** This Agreement may be executed in counterparts and by facsimile signature with the same force and effect as if all original signatures were set forth in a single document. This Agreement shall not be binding until signed by both Parties.

IN WITNESS WHEREOF, the parties hereto hereby execute this Agreement as of the day and year first written above.

DATED: June____, 2017

By:  See previous page for signature.
RICHARD A. MARSHACK
Chapter 7 Trustee for the Bankruptcy Estate of
ILANGOVAN KUPPUSAMY and
RANJANI ILANGOVAN KRISHNAN

DATED: June ____, 2017

By: _____
ILANGOVAN KUPPUSAMY

DATED: June ____, 2017

By: _____
RANJANI ILANGOVAN KRISHNAN

DATED: June ____, 2017

TRASTEEL BELGIUM SOCIETE ANONYME

By:  See previous page for signature.
Its: _____

DATED: June ____, 2017

BELGIRON SA

By:  See previous page for signature.
Its: _____

DATED: June ____, 2017

TRASTEEL INTERNATIONAL SA

By:  See previous page for signature.
Its: _____

DATED: June _2_, 2017

By: _____
PRESLEY O. REED

DATED: June _2_, 2017

By: _____
PATRICIA S. REED

[SIGNATURES CONTINUE ON THE FOLLOWING PAGE]

Page 7 of 8

279397v1/1015-082.1

DATED: June 2, 2017

KMP MINING, LLC

By: _(signature)_

Its: _Member & Manager_

DATED: June 2, 2017

KMP MEXICO, LLC

By: _Patricia Stacey Reed_

Its: _member + Sole manager_

**APPROVED AS TO FORM:**

DATED: June ___, 2017

MARSHACK HAYS LLP

By: See next page for signature.
    D. EDWARD HAYS
    MATTHEW W. GRIMSHAW
    Attorneys for Plaintiff and Chapter 7 Trustee,
    RICHARD A. MARSHACK

DATED: June ___, 2017

M. JONES AND ASSOCIATES

By: _(signature)_
    MICHAEL JONES
    SARA TIDD
    Attorney for Debtors,
    ILANGOVAN KUPPUSAMY and
    RANJANI ILANGOVAN KRISHNAN

DATED: June ___, 2017

DYNAMIC LAW GROUP, P.C.

By: See next page for signature.
    MICHAEL NEUE
    Attorney for Claimants,
    TRASTEEL BELGIUM SOCIETE
    ANONYME, BELGIRON SA, TRASTEEL
    INTERNATIONAL SA, PRESLEY O. REED,
    PATRICIA S. REED, KMP MINING, LLC,
    KMP MEXICO, LLC

Page 8 of 8

279397v1/1015-082.1

DATED: June ___, 2017                    KMP MINING, LLC

                                         By: See previous page for signature.
                                         Its: _____

DATED: June ___, 2017                    KMP MEXICO, LLC

                                         By: See previous page for signature.
                                         Its: _____

**APPROVED AS TO FORM:**

DATED: June 3, 2017                      MARSHACK HAYS LLP

                                         By _____
                                            D. EDWARD HAYS
                                            MATTHEW W. GRIMSHAW
                                            Attorneys for Plaintiff and Chapter 7 Trustee,
                                            RICHARD A. MARSHACK

DATED: June ___, 2017                    M. JONES AND ASSOCIATES

                                         By: See previous page for signature.
                                            MICHAEL JONES
                                            SARA TIDD
                                            Attorney for Debtors,
                                            ILANGOVAN KUPPUSAMY and
                                            RANJANI ILANGOVAN KRISHNAN

DATED: June 21, 2017                     DYNAMIC LAW GROUP, P.C.

                                         By: _____
                                            MIKE NEUE
                                            Attorney for Claimants,
                                            PRESLEY O. REED AND PATRICIA S.
                                            REED

Page 8 of 8

279397v1/1015-082.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S MOTION FOR ORDER APPROVING COMPROMISE WITH CLAIMANTS; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF RICHARD A. MARSHACK IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 3, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **August 3, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**NEW ADDR 8/11/15**
**DEBTOR**
ILANGOVAN KUPPUSAMY
RANJANI ILANGOVAN KRISHNAN
18617 DEVLIN AVE
ARTESIA, CA 90701

**ATTORNEY FOR CLAIMANTS: TRASTEEL BELGIUM SOCIETE ANAONYME, BELGIORON SA, TRASTEEL INTERNATIONAL S.A.**
C/O PETER B. NAGEL
999 EIGHTEENTH STREET, SUITE 1745
DENVER, CO 80202

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Service on Judge not required

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 3, 2017 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: continued:

- Vincent V Frounjian    vvf.law@gmail.com
- Nichole Glowin    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Michael Jones    mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
- David Brian Lally    davidlallylaw@gmail.com
- Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com
- **ATTORNEY FOR CREDITORS PRESLEY O. REED, STACY REED, KMP MINING LLC, KMP MEXICO LLC:**
  Mike D Neue    mneue@dynamic-law.com, mwjaraki@me.com
- Ashley M Teesdale    ateesdale@marshackhays.com, ecfmarshackhays@gmail.com
- Sara Tidd    sara@mjonesandassociates.com, michaeljonesmyecfmail@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**