MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ILANGOVAN KUPPUSAMY<br>RANJANI ILANGOVAN KRISHNAN,<br><br>Debtors. | Case No. 8:14-bk-17399-CB<br><br>Chapter 7<br><br>STIPULATION BETWEEN TRUSTEE AND CLAIMANTS RE: ALLOWANCE AND PAYMENT OF CLAIMS<br><br>[No Hearing Required] |

TO THE HONORABLE CATHERINE E. BAUER UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:

    This Stipulation is entered into by and between Plaintiff and Chapter 7 Trustee, RICHARD A. MARSHACK ("Trustee") for the Bankruptcy Estate of ILANGOVAN KUPPUSAMY and RANJANI ILANGOVAN KRISHNAN ("Debtors"), and Trasteel Belgium Societe Anonyme ("TBSA"), Belgiron SA ("Belgiron"), Trasteel International SA ("TISA"), Presley O. Reed ("Mr. Reed"), Patricia S. Reed ("Ms. Reed," and together with Mr. Reed, the "Reeds"), KMP Mining, LLC ("KMP Mining"), KMP Mexico, LLC ("KMP Mexico," and together with TBSA, Belgiron, TISA, the Reeds, and KMP Mining, the "Claimants" collectively, with the Trustee "Parties"), by and through their undersigned counsel with regard to the following:

1

STIPULATION RE: PAYMENT OF CLAIMS

4832-3736-3537v1/1015-082

A.  On December 26, 2014 ("Petition Date"), Debtors filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

B.  Richard A. Marshack, is the duly appointed and acting Chapter 7 Trustee of the Estate.

C.  On May 4, 2015, the Claimants filed following claims:

- TBSA filed Proof of Claim No. 4-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 4-1");
- Belgiron filed Proof of Claim No. 5-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 5-1");
- TISA filed Proof of Claim No. 6-1, asserting a claim against Debtors in the amount of $14,583,693.19 ("Claim No. 6-1");
- Mr. Reed filed Proof of Claim No. 7-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 7-1");
- Ms. Reed filed Proof of Claim No. 8-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 8-1");
- KMP Mining filed Proof of Claim No. 9-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 9-1");
- KMP Mexico filed Proof of Claim No. 10-1, asserting a claim against Debtors in the amount of $9,625,000.00 ("Claim No. 10-1," and together with Claim No. 4-1, Claim No. 5-1, Claim No. 6-1, Claim No. 7-1, Claim No. 8-1, and Claim No. 9-1, the "Claims").

D.  The Trustee and the Claimants entered into a settlement agreement ("Agreement").

E.  On August 3, 2017 as Dk. No. 168, the Trustee filed a motion to approve the Agreement.

F.  On September 28, 2017 as Dk. No. 171, the Court entered an Order granting the Motion ("Order")

G. The Agreement provides, in part: "Notwithstanding the fact that the allowed Claims represent approximately 98% of all timely filed unsecured claims, the Parties agree that Claimants shall not receive 98% of the funds available to unsecured creditors. Instead, the pool of general unsecured creditors shall be divided into two groups: Claimants and all other creditors ("Other Creditors"), with each group receiving 50% of all funds available to pay general unsecured claims under 11 U.S.C. §726 (each 50%, a "Fund"). Claimants may divide their share of the Fund amongst themselves as they see fit."

H. The Agreement and Motion do not discuss how the Trustee will disburse the Claimants' portion of the Fund to them.

I. The Trustee and the Claimants now agree that the Trustee may issue a single check to Mr. Presley for the entire amount owed to the Claimants under the Agreement, and Mr. Presley will, in turn, divide the money amongst the Claimants as they deem appropriate.

WHEREFORE, the Parties stipulate, as follows:

1. Upon entry of an order approving the TFR, Trustee will issue one check to Claimants for payment of the Claims in accordance with the Agreement. The check will be issued to Presley O. Reed and mailed to him care of his counsel, Mike Neue, 120 Newport Center Drive, Newport Beach, CA 92660 ("Payment").

2. The Payment shall satisfy all of Trustee's obligations under the Agreement. After issuance of the Payment, the Trustee shall be relieved of any obligations to make further distributions to any of the Claimants.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: October 31, 2017

MARSHACK HAYS LLP

By: /s/ Matthew W. Grimshaw
MATTHEW W. GRIMSHAW
Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

DATED: October 31, 2017

DYNAMIC LAW GROUP, P.C.

By: _____
MIKE NEUE
Attorney for Claimants
TRASTEEL BELGIUM SOCIETE
ANONYME, BELGIRON SA, TRASTEEL
INTERNATIONAL SA, PRESLEY O.
REED, PATRICIA S. REED, KMP MINING
LLC, KMP MEXICO, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN TRUSTEE AND CLAIMANTS RE: PAYMENT OF CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 6, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 6, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTORS**
ILANGOVAN KUPPUSAMY
RANJANI ILANGOVAN KRISHNAN
18617 DEVLIN AVE
ARTESIA, CA 90701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 6, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Catherine E. Bauer  – via personal delivery
U.S. Bankruptcy Court
411 W. Fourth Street, # 5-097
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 6, 2017 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: :

- Vincent V Frounjian     vvf.law@gmail.com
- Nichole Glowin     nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- Matthew Grimshaw     mgrimshaw@marshackhays.com, ecfmarshackhays@gmail.com
- D Edward Hays     ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Michael Jones     mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
- David Brian Lally     davidlallylaw@gmail.com
- Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com
- **ATTORNEY FOR CREDITORS:** Mike D Neue     mneue@dynamic-law.com, mwjaraki@me.com
- Ashley M Teesdale     ateesdale@marshackhays.com, ecfmarshackhays@gmail.com
- Sara Tidd     sara@mjonesandassociates.com, michaeljonesmyecfmail@gmail.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Gilbert B Weisman     notices@becket-lee.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**