Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | § | |
|---|---|---|
| KUPPUSAMY, ILANGOVAN | § | Case No.  8:14-bk-17399-CB |
| | § | |
| KRISHNAN, RANJANI ILANGOVAN | § | |
| | § | |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/26/2014. The undersigned trustee was appointed on 12/26/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 806,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 170,169.56 |
| Bank Service Fees | | 6,032.61 |
| Other Payments to Creditors | | 404,738.77 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 225,059.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/04/2015 and the deadline for filing governmental claims was 06/24/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

7. The Trustee's proposed distribution is attached as **Exhibit D.**

8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $43,550.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $43,550.00, for a total compensation of $43,550.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $480.45 for total expenses of $480.45

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true  and correct.


Date :    12/21/2017                            By :    /s/ Richard A. Marshack

                                                        Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **14-17399**  Judge: **Catherine E. Bauer**  Trustee Name: **Richard A. Marshack (TR)**
Case Name: **KUPPUSAMY, ILANGOVAN**  Date Filed (f) or Converted (c): **12/26/2014 (f)**
**KRISHNAN, RANJANI ILANGOVAN**  341(a) Meeting Date: **02/03/2015**
For Period Ending: **12/21/2017**  Claims Bar Date: **05/04/2015**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Life Estate in SFR 5371 Strasbourg, Irvine | 374,000.00 | 469,519.29 | | 806,000.00 | FA |
| 2. REAL PROPERTY - Mexico Property lost in litigation to Gurbax Singh in 2012; Estimated value $1.7m and loan $140k. | 0.00 | Unknown | | 0.00 | FA |
| 3. CASH ON HAND | 700.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNT - 6975 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNT - 2345 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. COMPUTER EQUIPMENT | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. BOOKS, ART, COLLECTABLES | 900.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 900.00 | 0.00 | | 0.00 | FA |
| 10. CONSUMER GRADE ORDINARY JEWELRY | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. HOBBY EQUIPMENT | 150.00 | 0.00 | | 0.00 | FA |
| 12. Possible Litigation v Presley O. Reed Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties. | Unknown | Unknown | | 0.00 | FA |

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 14-17399
Case Name: KUPPUSAMY, ILANGOVAN
KRISHNAN, RANJANI ILANGOVAN
For Period Ending: 12/21/2017

Judge: Catherine E. Bauer

Trustee Name: Richard A. Marshack (TR)
Date Filed (f) or Converted (c): 12/26/2014 (f)
341(a) Meeting Date: 02/03/2015
Claims Bar Date: 05/04/2015

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 13. | Possible Litigation v Patricia Stacey Reed<br>Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties. | Unknown | Unknown | | 0.00 | FA |
| 14. | Possible litigation case v KMP Mining, LLC<br>Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties. | Unknown | Unknown | | 0.00 | FA |
| 15. | Possible litigation case v KMP Mexico, LLC<br>Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties. | Unknown | Unknown | | 0.00 | FA |
| 16. | Possible litigation case v KMP International, LLC<br>Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties. | Unknown | Unknown | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) (Page 4)                                    **Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 14-17399
Case Name: **KUPPUSAMY, ILANGOVAN**
**KRISHNAN, RANJANI ILANGOVAN**
For Period Ending: **12/21/2017**

Judge: **Catherine E. Bauer**

Trustee Name: **Richard A. Marshack (TR)**
Date Filed (f) or Converted (c): **12/26/2014 (f)**
341(a) Meeting Date: **02/03/2015**
Claims Bar Date: **05/04/2015**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 17. | Possible litigation case v Trasteel Belgium Societ<br>Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties. | Unknown | Unknown | | 0.00 | FA |
| 18. | Possible litigation case v Belglron SA<br>Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties. | Unknown | Unknown | | 0.00 | FA |
| 19. | Possible litigation case v Trasteel International<br>Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties. | Unknown | Unknown | | 0.00 | FA |
| 20. | Patent for waste water treatment<br>Patent for waste water treatment. Patent Is now obsolete, and has no realistic value. Provided for disclosure purposes. | 0.00 | Unknown | | 0.00 | FA |
| 21. | AUTOMOBILE 2014 Acura MDX | 0.00 | 0.00 | | 0.00 | FA |
| 22. | AUTOMOBILE - 2013 Acura ILX | 0.00 | 0.00 | | 0.00 | FA |
| 23. | Cell Phone | 0.00 | 0.00 | | 0.00 | FA |

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 14-17399 | **Judge:** Catherine E. Bauer | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** KUPPUSAMY, ILANGOVAN | | **Date Filed (f) or Converted (c):** 12/26/2014 (f) |
| KRISHNAN, RANJANI ILANGOVAN | | **341(a) Meeting Date:** 02/03/2015 |
| **For Period Ending:** 12/21/2017 | | **Claims Bar Date:** 05/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| INT.   Post-Petition Interest Deposits (u) | Unknown | NA | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding Unknown Values)** | 386,650.00 | 469,519.29 | | 806,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**3/31/17:  We have an agreement in principal to resolve Claim Nos. 4-10 which is being documented and expect to have it signed. We will file a 9019 motion after the agreement is signed - ETA 5/1/17. The case will be ready to close once once these claims are resolved.**

**3/31/16: Trustee recovered the Irvine property (see below) and on 3/9/16 the Court entered an order authorizing Trustee's sale of the property. The Trustee's complaint for denial of discharge is pending (see below). Once this adversary is resolved, the Trustee will be in a position to file a TFR.**

**3/31/15: Report from counsel**

**Debtors' motion to convert case to chapter 13 is set for hearing May 12, 2015. Trustee has filed an opposition and is drafting a supplemental opposition to be filed before the hearing and Trustee believes UST is likely weigh in on Debtors' motion to convert**

**Assets to be investigated/administered:**
**The debtors transferred their interest in the real property located at 5371 Strasbourg, Irvine (see litigation section below) Debtors are not eligible for homestead due to pre-petition transfer of property, so full equity (approximately $375,000 to $400,000) will be administered to creditors.**

**Real Property in Mexico  need to investigate to confirm lost in litigation to Gurbax Singh in 2012.**

**Possible litigation cases against Presley Reed, Patricia Stacey Reed, KMP Mining, LLC, KMP Mexico, LLC, KMP International, LLC, Trasteel Belgium Societe Anonyme, Belgiron SA, and Trasteel International SA- Trustee believes any claims against these parties are directly related to the action filed by these parties in district court in Colorado, Case No. 1:14-cv-02989-RPM, on 11/04/14. Trustee does not believe there is benefit to the estate from these claims, but plans to investigate any proof of claim filed against the estate by these parties.**

**Litigation:**
**There are two pending adversary proceedings, both filed by the Trustee:**

**Exhibit A**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **14-17399**                    Judge: **Catherine E. Bauer**                    Trustee Name: **Richard A. Marshack (TR)**
Case Name: **KUPPUSAMY, ILANGOVAN**                                                       Date Filed (f) or Converted (c): **12/26/2014 (f)**
         **KRISHNAN, RANJANI ILANGOVAN**                                                   341(a) Meeting Date: **02/03/2015**
For Period Ending: **12/21/2017**                                                          Claims Bar Date: **05/04/2015**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Marshack v. Krishnan  15-1027**
 **Filed 1/27/15**

**3/31/16: Trustee and Defendant entered into stipulation for entry of judgment avoiding transfers which was approved per the order entered 8/20/15.**
**3/31/15: Avoidance action against debtors' son to recover the real property and three businesses transferred by debtors to their son in the year prior to bankruptcy**

**Next hearing: pre-trial conference set for 10/6/15 at 1:30pm**
**Expected outcome: at trial, recover property transfer and business transfers for benefit of the estate, or agree to a settlement that results in the same outcome**


**Marshack v. Kuppusamy - 15-1127**
 **Filed 3/17/15**
 **727 action seeking denial of debtors' discharge under 727(a)(2), (3), (4), and (5)**
 **primary focus of complaint is transfer of property of the estate with intent to hinder delay or defraud creditors under 727(a)(2) and false oaths under 727(a)(4).**

**Next hearing: Status hearing on 6/9/15 at 1:30pm**
 **Trial date set for 7/21/16.**

**Claim status: 3/31/17:  See report above regarding resolution of Claims 4 thru 10.**

**Claims bar date: May 4, 2015**
**Claim review is in progress. Claims 4 thru 10 are likely duplicative. Counsel for creditors who filed claims 4-10 has approached regarding potential settlement. Debtor's counsel argues claims 4-10 should be disallowed in their entirety because the underlying lawsuit was out of the statute of limitations**

**Tax info: 3/31/17:  estate tax returns prepared and mailed.**
**the file has been sent to trustee's accountant**

**Insurance: Trustee was provided with proof of insurance**


 **[Pamela Kraus 2015-04-24 00:33:20]**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 14-17399 | **Judge:** Catherine E. Bauer      **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** KUPPUSAMY, ILANGOVAN | **Date Filed (f) or Converted (c):** 12/26/2014 (f) |
| KRISHNAN, RANJANI ILANGOVAN | **341(a) Meeting Date:** 02/03/2015 |
| **For Period Ending:** 12/21/2017 | **Claims Bar Date:** 05/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 11/30/2017      **Current Projected Date of Final Report(TFR) :** 11/30/2017

**Trustee's Signature**      /s/Richard A. Marshack (TR)      **Date:** 12/21/2017

Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620
Phone : (949) 333-7777

**Exhibit A**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 14-17399 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** KUPPUSAMY, ILANGOVAN | **Bank Name:** Union Bank |
| KRISHNAN, RANJANI ILANGOVAN | **Account Number/CD#:** ******6476 Checking Account |
| **Taxpayer ID No:** **-***1939 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 12/21/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/07/2016 | [1] | Justin Lee and Pornsavan Eamranond | DEPOSIT FOR SALE | 1110-000 | 25,000.00 | | 25,000.00 |
| 02/24/2016 | [1] | Hong Le | DEPOSIT FOR SALE successful overbidder | 1110-000 | 25,000.00 | | 50,000.00 |
| 02/24/2016 | 1001 | Justin Lee and Pornsavan Eamranond | DEPOSIT FOR SALE Refund deposit | 1110-000 | (25,000.00) | | 25,000.00 |
| 02/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 28.69 | 24,971.31 |
| 03/25/2016 | | Pickford Escrow | SALE OF ASSET | | 317,341.02 | | 342,312.33 |
| | [1] | | Strasbourg, Irvine Life Estate in SFR 5371   781,000.00 | 1110-000 | | | |
| | | | Utilities/Maintenance   (260.42) | 2420-000 | | | |
| | | | Jennifer Toyama - exterior deck and fence   (1,100.00) | 2420-000 | | | |
| | | | Neria Novelo - gardening   (100.00) | 2420-000 | | | |
| | | | Jeff Scott, Irvine Ranch Water, SCE - utilities   (100.00) | 2420-000 | | | |
| | | | Clarence Yoshikane - utilities/maint   (3,679.98) | 2420-000 | | | |
| | | | Pickford Escrow -costs of sale   (2,317.00) | 2500-000 | | | |
| | | | First American Title -closing costs   (3,386.60) | 2500-000 | | | |
| | | | Page Subtotals | | 342,341.02 | 28.69 | |

UST Form 101-7-TFR (5/1/2011) (Page 9)

**Exhibit B**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **14-17399** | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **KUPPUSAMY, ILANGOVAN** | Bank Name: **Union Bank** |
| **KRISHNAN, RANJANI ILANGOVAN** | Account Number/CD#: **\*\*\*\*\*\*6476 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*1939** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **12/21/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | OC Tax Collector - TAXES - NON PAYROLL (1,815.34) | 2820-000 | | | |
| | | | Justin Lee -costs of sale (1,000.00) | 2990-000 | | | |
| | | | Berkshire Hathaway HomeServices -REAL ESTATE AGENT COMMISSION (22,568.00) | 3520-000 | | | |
| | | | West Coast Real Estate - REAL ESTATE AGENT COMMISSION (22,568.00) | 3520-000 | | | |
| | | | Seterus - SECURED CLAIM (404,763.64) | 4110-000 | | | |
| 03/31/2016 | | Union Bank 1980 Saturn Street Monterey Park , CA 91755 | BANK FEES | 2600-000 | | (28.69) | 342,341.02 |
| 04/20/2016 | | Seterus | SECURED CLAIM refund over payment through escrow | 4110-000 | | (24.87) | 342,365.89 |
| 04/29/2016 | | Pickford Escrow | Maintenance and repairs refund holdback for final utility and maintenance invoices | 2990-000 | | (521.22) | 342,887.11 |
| 05/18/2016 | 1002 | HAHN FIFE & COMPANY LLP 790 E. COLORADO BLVD, 9TH FL PASADENA , CA 91101 | TAX PREPARER FEES per order 5-17-16 | 3991-000 | | 750.00 | 342,137.11 |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 491.07 | 341,646.04 |
| | | | Page Subtotals | | 317,341.02 | 666.29 | |

**Exhibit B**

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **14-17399** | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **KUPPUSAMY, ILANGOVAN** | Bank Name: **Union Bank** |
| **KRISHNAN, RANJANI ILANGOVAN** | Account Number/CD#: ********6476 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*1939** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **12/21/2017** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 507.78 | 341,138.26 |
| 07/05/2016 | 1003 | MARSHACK HAYS LLP 870 ROOSEVELT IRVINE , CA 92620 | ATTORNEY FEES per order 6-30-16 | 3110-000 | | 107,154.00 | 233,984.26 |
| 07/05/2016 | 1004 | LLP, MARSHACK HAYS 870 ROOSEVELT IRVINE , CA 92620 | ATTORNEY EXPENSES per order 6-30-16 | 3120-000 | | 3,745.04 | 230,239.22 |
| 07/22/2016 | 1005 | International Sureties LTD 701 Poydras St., Suite 420 New Orleans , LA 70139 | Bond premium | 2300-000 | | 9.11 | 230,230.11 |
| 07/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 489.97 | 229,740.14 |
| 08/22/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 229,740.14 | 0.00 |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 341,646.04 |

| | | |
|---|---|---|
| COLUMN TOTALS | 342,341.02 | 342,341.02 |
| Less:Bank Transfer/CD's | 0.00 | 229,740.14 |
| SUBTOTALS | 342,341.02 | 112,600.88 |
| Less: Payments to Debtors | | 0.00 |
| Net | 342,341.02 | 112,600.88 |

**Exhibit B**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 14-17399 | |
| Case Name: | KUPPUSAMY, ILANGOVAN | |
| | KRISHNAN, RANJANI ILANGOVAN | |
| Taxpayer ID No: | **-***1939 | |
| For Period Ending: | 12/21/2017 | |

| | |
|---|---|
| Trustee Name: | Richard A. Marshack (TR) |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******7555 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 229,740.14 | | 229,740.14 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 93.20 | 229,646.94 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 320.90 | 229,326.04 |
| 11/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 320.46 | 229,005.58 |
| 12/05/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 320.01 | 228,685.57 |
| 01/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 319.59 | 228,365.98 |
| | | | | Page Subtotals | 229,740.14 | 1,374.16 | |

UST Form 101-7-TFR (5/1/2011) (Page 12)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 14-17399 | |
| Case Name: | KUPPUSAMY, ILANGOVAN | |
| | KRISHNAN, RANJANI ILANGOVAN | |
| Taxpayer ID No: | **-***1939 | |
| For Period Ending: | 12/21/2017 | |

| | |
|---|---|
| Trustee Name: | Richard A. Marshack (TR) |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******7555 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/31/2017 | 52001 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS , LA 70139 | Bond Premium | 2300-000 | | 131.78 | 228,234.20 |
| 02/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 319.12 | 227,915.08 |
| 03/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 318.53 | 227,596.55 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 318.04 | 227,278.51 |
| 05/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 317.60 | 226,960.91 |
| 06/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 317.15 | 226,643.76 |

Page Subtotals                          0.00        1,722.22

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 14-17399 | | | Trustee Name: | Richard A. Marshack (TR) | |
| Case Name: | KUPPUSAMY, ILANGOVAN | | | Bank Name: | Texas Capital Bank | |
| | KRISHNAN, RANJANI ILANGOVAN | | | Account Number/CD#: | ******7555 Checking Account | |
| Taxpayer ID No: | **-***1939 | | | Blanket bond (per case limit): | 5,000,000.00 | |
| For Period Ending: | 12/21/2017 | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 316.74 | 226,327.02 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 316.27 | 226,010.75 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 315.82 | 225,694.93 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 315.41 | 225,379.52 |
| 10/18/2017 | 52002 | International Sureties LTD<br>701 Poydras St<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 5.51 | 225,374.01 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 314.95 | 225,059.06 |
| | | | Page Subtotals | | 0.00 | 1,584.70 | |

UST Form 101-7-TFR (5/1/2011) (Page 14)

**Exhibit B**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 14-17399 | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** KUPPUSAMY, ILANGOVAN | **Bank Name:** Texas Capital Bank |
| KRISHNAN, RANJANI ILANGOVAN | **Account Number/CD#:** ******7555 Checking Account |
| **Taxpayer ID No:** **-***1939 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 12/21/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 229,740.14 | 4,681.08 | |
| Less:Bank Transfer/CD's | 229,740.14 | 0.00 | |
| **SUBTOTALS** | 0.00 | 4,681.08 | |
| Less: Payments to Debtors | | 0.00 | |
| **Net** | 0.00 | 4,681.08 | |

| | |
|---|---|
| All Accounts Gross Receipts: | 806,000.00 |
| All Accounts Gross Disbursements: | 580,940.94 |
| All Accounts Net: | 225,059.06 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6476 Checking Account | 342,341.02 | 112,600.88 | |
| ******7555 Checking Account | 0.00 | 4,681.08 | |
| **Net Totals** | 342,341.02 | 117,281.96 | 225,059.06 |

UST Form 101-7-TFR (5/1/2011) (Page 15)                                **Exhibit B**

# Central District of California
# Claims Register

### 8:14-bk-17399-CB Ilangovan Kuppusamy and Ranjani Ilangovan Krishnan

| | |
|---|---|
| **Judge:** Catherine E. Bauer | **Chapter:** 7 |
| **Office:** Santa Ana | **Last Date to file claims:** 05/04/2015 |
| **Trustee:** Richard A Marshack (TR) | **Last Date to file (Govt):** 06/24/2015 |

---

**Creditor:** (35933106)   History
Fremery Holdings Limited
Rm 809 North Tower
Concordia Plaza
1 Science Museum Road, TST East
Kowloon, HongKong

**Claim No: 1**
*Original Filed Date:* 03/23/2015
*Original Entered Date:* 03/24/2015
*Last Amendment Filed:* 05/08/2015
*Last Amendment Entered:* 05/11/2015

**Status:**
*Filed by:* CR
*Entered by:* Denise Bustillos
*Modified:*

Amount claimed: $1800000.00      ok to pay

*History:*

| | | | |
|---|---|---|---|
| Details | 1-1 | 03/23/2015 | Claim #1 filed by Fremery Holdings Limited, Amount claimed: $1800000.00 (Bustillos, Denise) |
| Details | 1-2 | 05/08/2015 | Amended Claim #1 filed by Fremery Holdings Limited, Amount claimed: $1800000.00 (Bustillos, Denise) |

*Description:*

*Remarks:*

---

**Creditor:** (36235989)
PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

**Claim No: 2**
*Original Filed Date:* 04/30/2015
*Original Entered Date:* 04/30/2015

**Status:**
*Filed by:* CR
*Entered by:* Susan Gaines
*Modified:*

Amount claimed: $10817.37
Secured claimed: $0.00      ok to pay; acct 4780

*History:*

| | | | |
|---|---|---|---|
| Details | 2-1 | 04/30/2015 | Claim #2 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $10817.37 (Gaines, Susan) |

*Description:*

*Remarks:*

---

**Creditor:** (36056462)   History
Venkataramana R Janapati
c/o Greenbaum Law Group LLP
840 Newport Center Dr Ste 720
Newport Beach CA 92660

**Claim No: 3**
*Original Filed Date:* 05/01/2015
*Original Entered Date:* 05/04/2015

**Status:**
*Filed by:* CR
*Entered by:* Denise Bustillos
*Modified:*

Amount claimed: $87333.33      ok to pay

*History:*

| | | | |
|---|---|---|---|
| Details | 3-1 | 05/01/2015 | Claim #3 filed by Venkataramana R Janapati, Amount claimed: $87333.33 (Bustillos, Denise) |

*Description:*

*Remarks:*

---

**Creditor:** (35916929)
Trasteel Belgium Societe Anonyme
Boulevard du Souverain 90
1170 Bruxelles, Belgium

**Claim No: 4**
*Original Filed Date:* 05/04/2015
*Original Entered Date:* 05/04/2015

**Status:**
*Filed by:* CR
*Entered by:* Mike D Neue
*Modified:*

Amount claimed: $14583693.19      Combined claims 4, 5, 6, 7, 8, 9, 10; combined claims to receive 50% of available funds; per order 11/8/17

*History:*

| | | | |
|---|---|---|---|
| Details | 4-1 | 05/04/2015 | Claim #4 filed by Trasteel Belgium Societe Anonyme, Amount claimed: $14583693.19 (Neue, Mike) |

*Description:* (4-1) See attached addendum to proof of claim

*Remarks:*

EXHIBIT C Page 2

| Creditor: (35916930) | Claim No: 5 | Status: |
|---|---|---|
| Belgiron SA | Original Filed Date: 05/04/2015 | Filed by: CR |
| Avenue de Petit-Rouelx 1 | Original Entered Date: 05/04/2015 | Entered by: Mike D Neue |
| 7181 Arquennes, Belgium | | Modified: |

Amount claimed: $14583693.19 — Combined claims 4, 5, 6, 7, 8, 9, 10; combined claims to receive 50% of available funds; per order 11/8/17

History:

| Details | 5-1 | 05/04/2015 | Claim #5 filed by Belgiron SA, Amount claimed: $14583693.19 (Neue, Mike) |

Description: (5-1) See attached addendum to proof of claim

Remarks:

| Creditor: (35916931) | Claim No: 6 | Status: |
|---|---|---|
| Trasteel International SA | Original Filed Date: 05/04/2015 | Filed by: CR |
| Via Pelli 12 | Original Entered Date: 05/04/2015 | Entered by: Mike D Neue |
| 6900 Lugano, Switzerland | | Modified: |

Amount claimed: $14583693.19 — Combined claims 4, 5, 6, 7, 8, 9, 10; combined claims to receive 50% of available funds; per order 11/8/17

History:

| Details | 6-1 | 05/04/2015 | Claim #6 filed by Trasteel International SA, Amount claimed: $14583693.19 (Neue, Mike) |

Description: (6-1) See addendum attached to proof of claim

Remarks:

| Creditor: (35916924) | Claim No: 7 | Status: |
|---|---|---|
| Presley O Reed | Original Filed Date: 05/04/2015 | Filed by: CR |
| 375 Bellevue Drive | Original Entered Date: 05/04/2015 | Entered by: Mike D Neue |
| Boulder, CO 80302 | | Modified: |

Amount claimed: $9625000.00 — Combined claims 4, 5, 6, 7, 8, 9, 10; combined claims to receive 50% of available funds; per order 11/8/17

History:

| Details | 7-1 | 05/04/2015 | Claim #7 filed by Presley O Reed, Amount claimed: $9625000.00 (Neue, Mike) |

Description: (7-1) See addendum attached to proof of claim

Remarks:

| Creditor: (35916925) | Claim No: 8 | Status: |
|---|---|---|
| Patricia Stacey Reed | Original Filed Date: 05/04/2015 | Filed by: CR |
| 375 Bellevue Drive | Original Entered Date: 05/04/2015 | Entered by: Mike D Neue |
| Boulder, CO 80302 | | Modified: |

Amount claimed: $9625000.00 — Combined claims 4, 5, 6, 7, 8, 9, 10; combined claims to receive 50% of available funds; per order 11/8/17

History:

| Details | 8-1 | 05/04/2015 | Claim #8 filed by Patricia Stacey Reed, Amount claimed: $9625000.00 (Neue, Mike) |

Description: (8-1) See addendum attached to proof of claim

Remarks:

| Creditor: (35916926) | Claim No: 9 | Status: |
|---|---|---|
| KMP Mining, LLC | Original Filed Date: 05/04/2015 | Filed by: CR |
| 375 Bellevue Drive | Original Entered Date: 05/04/2015 | Entered by: Mike D Neue |
| Boulder, CO 80302 | | Modified: |

Amount claimed: $9625000.00 — Combined claims 4, 5, 6, 7, 8, 9, 10; combined claims to receive 50% of available funds; per order 11/8/17

History:

| Details | 9-1 | 05/04/2015 | Claim #9 filed by KMP Mining, LLC, Amount claimed: $9625000.00 (Neue, Mike) |

Description: (9-1) See addendum attached to proof of claim

Remarks:

| Creditor: (35916927) | Claim No: 10 | Status: |
|---|---|---|
| KMP Mexico, LLC | Original Filed Date: 05/04/2015 | Filed by: CR |
| 375 Bellevue Drive | Original Entered Date: 05/04/2015 | Entered by: Mike D Neue |
| Boulder, CO 80302 | | Modified: |

| Amount claimed: $9625000.00 | | | | Combined claims 4, 5, 6, 7, 8, 9, 10; combined claims to receive 50% of available funds; per order |

| History: | | | 11/8/17 |
| Details | | 10-1 | 05/04/2015 | Claim #10 filed by KMP Mexico, LLC, Amount claimed: $9625000.00 (Neue, Mike) |

Description: (10-1) See addendum attached to proof of claim

Remarks:

---

| Creditor:       (36261832)<br>Morgan W. Callanan<br>533 Avenida Aguila<br>San Marcos, CA 92064 | Claim No: 11<br>Original Filed Date: 05/04/2015<br>Original Entered Date: 05/06/2015<br>Last Amendment Filed: 09/06/2016<br>Last Amendment<br>Entered: 09/07/2016 | Status:<br>Filed by: CR<br>Entered by: Audrey Mccall<br>Modified: |

| Amount claimed: $60250.00 | | | | ok to pay |

| History: | | | |
| Details | | 11-1 | 05/04/2015 | Claim #11 filed by Morgan W. Callanan, Amount claimed: $50000.00 (Bustillos, Denise) |
| Details | | 11-2 | 09/06/2016 | Amended Claim #11 filed by Morgan W. Callanan, Amount claimed: $60250.00 (Mccall, Audrey) |

Description: (11-2) amended

Remarks:

---

| Creditor:       (36555856)<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim No: 12<br>Original Filed Date: 09/03/2015<br>Original Entered Date: 09/03/2015 | Status:<br>Filed by: CR<br>Entered by: Lynn Brown<br>Modified: |

| Amount claimed: $17708.68 | | | | ok to pay, acct 1001; not late.  Creditor was not included in BNC notice of claims bar date |

| History: | | | |
| Details | | 12-1 | 09/03/2015 | Claim #12 filed by American Express Bank, FSB, Amount claimed: $17708.68 (Brown, Lynn) |

Description: (12-1) CREDIT CARD DEBT

Remarks:

## Claims Register Summary

**Case Name:** Ilangovan Kuppusamy and Ranjani Ilangovan Krishnan
**Case Number:** 8:14-bk-17399-CB
**Chapter:** 7
**Date Filed:** 12/26/2014
**Total Number Of Claims:** 12

| Total Amount Claimed* | $84227188.95 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

---

## PACER Service Center

### Transaction Receipt

CM/ECF - U.S. Bankruptcy Court (v6.1 - LIVE)    12/18/2017 11:53:55

EXHIBIT C Page 4

| PACER Login: | rm4615:3390043:0 | Client Code: | |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 8:14-bk-17399-CB Filed or Entered From: 12/26/2014 Filed or Entered To: 1/2/2018 |
| Billable Pages: | 2 | Cost: | 0.20 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   8:14-bk-17399-CB
Case Name:   KUPPUSAMY, ILANGOVAN
                     KRISHNAN, RANJANI ILANGOVAN
Trustee Name:   Richard A. Marshack (TR)

                     Balance on Hand                                              $225,059.06

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Richard A. Marshack | $ 43,550.00 | $ 0.00 | $ 43,550.00 |
| Trustee, Expenses: Richard A. Marshack | $ 480.45 | $ 0.00 | $ 480.45 |
| Attorney for Trustee, Fees: Marshack Hays LLP | $ 162,329.00 | $ 107,154.00 | $ 55,175.00 |
| Attorney for Trustee, Expenses: Marshack Hays LLP | $ 5,535.83 | $ 3,745.04 | $ 1,790.79 |
| Charges: U.S. Bankruptcy Court | $ 700.00 | $ 0.00 | $ 700.00 |
| Other: HAHN FIFE & COMPANY LLP | $ 750.00 | $ 750.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                    $    101,696.24

Remaining Balance                                                                     $    123,362.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $84,227,188.95 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| Combine | Presley Reed - clms 4, 5, 6, 7, 8, 9 , 10 | $ 82,251,079.57 | $ 0.00 | $ 61,681.41 |
| 0001 | FREMERY HOLDINGS LIMITED | $ 1,800,000.00 | $ 0.00 | $ 56,184.41 |
| 0002 | PYOD LLC ITS SUCCESSORS AND | $ 10,817.37 | $ 0.00 | $ 337.65 |
| 0003 | VENKATARAMANA R JANAPATI | $ 87,333.33 | $ 0.00 | $ 2,725.98 |
| 0004 | TRASTEEL BELGIUM SOCIETE | $ 0.00 | $ 0.00 | $ 0.00 |
| 0005 | BELGIRON SA | $ 0.00 | $ 0.00 | $ 0.00 |
| 0006 | TRASTEEL INTERNATIONAL SA | $ 0.00 | $ 0.00 | $ 0.00 |
| 0007 | Presley O. Reed, Patricia Stacey Reed, | $ 0.00 | $ 0.00 | $ 0.00 |
| 0008 | PATRICIA STACEY REED | $ 0.00 | $ 0.00 | $ 0.00 |
| 0009 | KMP MINING LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 0010 | Presley O. Reed, Patricia Stacey Reed, | $ 0.00 | $ 0.00 | $ 0.00 |
| 0011 | MORGAN W. CALLANAN | $ 60,250.00 | $ 0.00 | $ 1,880.62 |
| 0012 | AMERICAN EXPRESS BANK FSB | $ 17,708.68 | $ 0.00 | $ 552.75 |

Total to be paid to timely general unsecured creditors                                     $        123,362.82

Remaining Balance                                                                          $                0.00

 Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

 Tardily filed general (unsecured) claims are as follows:

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE